UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE STEWART, SHANNON FITZGERALD and SUMMER APICELLA, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>  v.<br><br>NURTURE, INC.,<br><br>                  Defendant. | Case No. 1:21-cv-01217<br><br>ECF Case |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that Negin Hadaghian, an attorney associated with the law firm DLA Piper LLP (US), hereby enters an appearance in the above-captioned action as counsel for defendant, Nurture, Inc., and respectfully requests that all notices and other papers in this action be served upon the undersigned at the address stated below.

I certify that I am admitted to practice in this Court.

Dated:    New York, New York
            March 8, 2021

Respectfully submitted,

**DLA PIPER LLP (US)**

By:  */s/ Negin Hadaghian*
     Negin Hadaghian
     1251 Avenue of the Americas, 27th Floor
     New York, NY 10020-1104
     Telephone:  212.335.4500
     Facsimile:  212.335.4501
     Email:       negin.hadaghian@us.dlapiper.com

*Attorney for Defendant, Nurture, Inc.*