UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE STEWART, SHANNON FITZGERALD and SUMMER APICELLA, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>NURTURE, INC.,<br><br>      Defendant. | Case No. 1:21-cv-01217<br><br>ECF Case |

## NURTURE, INC.'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for the defendant certifies that the ultimate parent company of Nurture, Inc. is Danone S.A., a publicly-held corporation that indirectly holds 100% of the stock in Nurture, Inc.

Dated: New York, New York
    March 8, 2021

Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/ Negin Hadaghian*
  Negin Hadaghian
  1251 Avenue of the Americas, 27th Floor
  New York, NY 10020-1104
  Telephone: 212.335.4500
  Facsimile: 212.335.4501
  Email:  negin.hadaghian@us.dlapiper.com

  Angela C. Agrusa (*pro hac vice* application pending)
  2000 Avenue of the Stars
  Suite 400 North Tower
  Los Angeles, California 90067-4704
  Telephone: 310.595.3000
  Facsimile: 310.595.3300
  Email:  angela.agrusa@us.dlapiper.com

*Attorneys for Defendant Nurture, Inc.*