# EXHIBIT 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURIE THOMAS, ALISON KAVULAK, JEN MACLEOD, MARY NARVAEZ, ALISON FLEISSNER, EMILY BIGAOUETTE, LAURA EGGNATZ, TERESA HAGMAIER, and NICOLE FALLON, *Individually and on Behalf of All Others Similarly Situated*, Plaintiff, v. BEECH-NUT NUTRITION COMPANY, Defendant. | **Case No. 1:21-cv-0133-TJM-CFH** |
| LAURA PEEK, *Individually and on Behalf of All Others Similarly Situated*, Plaintiff, v. BEECH-NUT NUTRITION COMPANY, Defendant. | **Case No. 1:21-cv-00167-TJM-CFH** |

| | |
|---|---|
| ROBYN MOORE and GABRIELLE STUVE, *On Behalf of Themselves and All Others Similarly Situated*, Plaintiff, v. BEECH-NUT NUTRITION COMPANY, Defendant. | **Case No. 1:21-cv-00183-TJM-CFH** |
| MATTIA DOYLE, *On Behalf of Herself and All Others Similarly Situated*, Plaintiff, v. BEECH-NUT NUTRITION CO., Defendant. | **Case No. 1:21-CV-00186-TJM-CFH** |
| LEE BOYD, *Individually and On Behalf of All Others Similarly Situated*, Plaintiffs, v. BEECH-NUT NUTRITION COMPANY, Defendant. | **Case No. 1:21-cv-00200-TJM-CFH** |

| | |
|---|---|
| JEREMY CANTOR; ASHLEY ALLEN; EMILY BACCARI; KAITLYNN CARSON; AMBER CAUDILL; NEISHA DANIELS; JILLIAN GEFFKEN; HANNAH GRANDT; DOMINICK GROSSI, ANTHONY HARRISON; CHRISTINA HOLLAND; HEATHER HYDEN; HEATHER MCCORMICK; HALEY SAMS; and VITO SCAROLA, *On Behalf of Themselves and All Others Similarly Situated*, Plaintiffs, v. BEECH-NUT NUTRITION COMPANY, Defendant. | **Case No. 1:21-cv-00213-TJM-CFH** |
| MICHAEL MOTHERWAY, *Individually and On Behalf of All Others Similarly Situated*, Plaintiff, v. BEECH-NUT NUTRITION COMPANY, Defendant. | **Case No. 1:21-cv-00229-TJM-CFH** |

| | |
|---|---|
| KATHEY HENRY,<br><br>*Individually and On Behalf of All Others Similarly Situated*,<br><br>Plaintiff,<br><br>v.<br><br>BEECH-NUT NUTRITION CO.,<br><br>Defendant. | **Case No. 1:21-cv-00227-TJM-CFH** |
| KELSEY GANCARZ,<br><br>*Individually and On Behalf of All Others Similarly Situated*,<br><br>Plaintiff,<br><br>v.<br><br>BEECH-NUT NUTRITION CO.,<br><br>Defendant. | **Case No. 1:21-cv-00258-TJM-CFH** |
| ATASHA SMILEY,<br><br>Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BEECH-NUT NUTRITION CO.,<br><br>Defendant. | **Case No. 1:21-cv-00271-TJM-CFH** |

|  |  |
|---|---|
| NAJAH HENRY, CHANEL JACKSON, ALEXIA SIAS, HOLLY BUFFINTON, and CONSTANCE VENABLE<br><br>Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BEECH-NUT NUTRITION CO.,<br><br>Defendant. | **Case No. 1:21-cv-00285-TJM-CFH** |

# PLAINTIFFS' STIPULATION [AND PROPOSED ORDER] TO CONSOLIDATE ACTIONS UNDER FED. R. CIV. P. 42(a)

WHEREAS, the above-captioned related proposed consumer class actions are pending before the United States District Court for the Northern District of New York, entitled: *Thomas v. Beech-Nut Nutrition Co.*, Case No. 1:21-cv-00133-TJM-CFH ("*Thomas*"), filed February 5, 2021; *Peek v. Beech-Nut Nutrition Co.*, Case No. 1:21-cv-00167-TJM-CFH ("*Peek*"), filed February 11, 2021; *Moore v. Beech-Nut Nutrition Co.*, Case No. 1:21-cv-00183-TJM-CFH ("*Moore*"), filed February 16, 2021; *Doyle v. Beech-Nut Nutrition Co.*, Case No. 1:21-cv-00186-TJM-CFH ("*Doyle*"), filed February 18, 2021; *Boyd v. Beech-Nut Nutrition Co.*, Case No. 1:21-cv-00200-TJM-CFH ("*Boyd*"), filed February 22, 2021; *Cantor v. Beech-Nut Nutrition Co.*, Case No. 1:21-cv-00213-TJM-CFH ("*Cantor*"), filed February 24, 2021; *Motherway v. Beech-Nut Nutrition Co.*, Case No. 1:21-cv-00229-TJM-CFH ("*Motherway*"), filed February 26, 2021; *Henry v. Beech-Nut Nutrition Co.*, Case No. 1:21-cv-00227-TJM-CFH ("*Henry*"), filed February 26, 2021; *Gancarz v. Beech-Nut Nutrition Co.*, Case No. 1:21-cv-00258-TJM-CFH ("*Gancarz*"), filed March 4, 2021;

*Smiley v. Beech-Nut Nutrition Co.*, Case No. 1:21-cv-00271-TJM-CFH ("*Smiley*"), filed March 9, 2021; and *Henry v. Beech-Nut Nutrition Co.*, Case No. 1:21-cv-00285-TJM-CFH ("*Henry II*"), filed March 11, 2021 (together the "Related Actions") and collectively all plaintiffs are referred to herein as "Plaintiffs."

WHEREAS, Plaintiffs assert the Related Actions arise out of the same set of operative facts and assert similar legal claims against Defendant Beech-Nut Nutrition, Co. ("Beech-Nut" or "Defendant"), alleging that Beech-Nut has engaged in deceptive trade practices with respect to the marketing and sale of its baby food products (the "Baby Foods") by failing to disclose that they contain levels of toxic heavy metals, including arsenic, lead, cadmium, and mercury (the "Heavy Metals");

WHEREAS, Plaintiffs assert that each Related Action seeks, *inter alia*, injunctive relief barring Beech-Nut from continuing the deceptive practices it is accused of as well as monetary damages compensating Plaintiffs and other consumers for the purchase of the Baby Foods;

WHEREAS, Plaintiffs in each Related Action agree that consolidation of the Related Actions under Fed. R. Civ. P. 42(a) is appropriate because Plaintiffs contend they involve common questions of law and fact, arise from the same events, name the same Defendant, and will involve substantially the same discovery;

WHEREAS, consolidation under Rule 42(a) will eliminate duplicative discovery and the possibility of inconsistent rulings on class certification, *Daubert* motions, and other pretrial matters, and conserve judicial and party resources;

WHEREAS, Beech-Nut has advised the undersigned counsel for *Thomas* that although Beech-Nut vigorously disputes the merits of the allegations proffered against it in these lawsuits, Beech-Nut will not oppose consolidation of the lawsuits Plaintiffs describe as "Related Actions"

under Fed. R. Civ. P. 42(a), while expressly reserving all of its rights, remedies, defenses, objections, and legal arguments;

NOW THEREFORE, the Plaintiffs through their respective counsel and subject to the Court's approval hereby stipulate that:

1. The *Thomas*, *Peek*, *Moore*, *Doyle*, *Boyd*, *Cantor*, *Motherway*, *Henry*, *Gancarz*, *Smiley* and *Henry II* actions currently pending in the Northern District of New York and any other action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District shall be consolidated pursuant to Fed. R. Civ. P. 42(a) before the Honorable Thomas J. McAvoy (hereafter the "Consolidated Action").

2. All papers filed in the Consolidated Action shall be filed under Case No. 1:21-cv-00133-TJM-CFH and shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| *IN RE: BEECH-NUT NUTRITION COMPANY BABY FOOD LITIGATION* | **Master File No. 1:21-cv-00133-TJM-CFH** |
| This Document Relates To: _____/ | |

3. The case file for the Consolidated Action will be maintained under Master File No. 1:21-cv-00133-TJM-CFH. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates

To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, for example, "1:21-cv-00133-TJM-CFH (*Thomas*)."

4. Any action subsequently filed, transferred or removed to this Court that the Court determines arises out of the same or similar operative facts as the Consolidated Action will be, with the Court's approval, consolidated with the Consolidated Action for pre-trial purposes. Any party may file a Notice of Related Action pursuant to N.D.N.Y. Gen. Order No. 12 whenever a party believes a case that should be consolidated into this action is filed in, or transferred to, this District. If the Court determines that the case is related and should be consolidated, the clerk shall:

   a. place a copy of this Order in the separate file for such action;

   b. serve on Plaintiffs' counsel in the new case a copy of this Order;

   c. direct that this Order be served upon defendants in the new case; and

   d. make the appropriate entry in the Master Docket.

5. Beech-Nut need not file a response to the complaint in each Related Action and instead shall answer, move or otherwise respond to any Consolidated Complaint no later than sixty (60) days following service of the Consolidated Complaint, or by no later than May 15, 2021, whichever is later.

**IT IS SO STIPULATED.**

Dated: March 16, 2021                                    Respectfully submitted,

                                                          s/ *Kevin Landau*
                                                          Kevin Landau
                                                          Miles Greaves
                                                          **TAUS, CEBULASH & LANDAU, LLP**

80 Maiden Lane, Suite 1204
New York, NY 10038
(212) 931-0704


Daniel E. Gustafson
Amanda M. Williams
Raina C. Borrelli
Mary M. Nikolai
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
awilliams@gustafsongluek.com
rborrelli@gustafsongluek.com
mnikolai@gustafsongluek.com


Kenneth A. Wexler
Kara A. Elgersma
**WEXLER WALLACE, LLP**
55 West Monroe, Suite 3300
Chicago, Illinois 60603
Tel: (312) 346-2222
kaw@wexlerwallace.com
kae@wexlerwallace.com


Simon B. Paris
Patrick Howard
**SALTZ, MONGELUZZI, & BENDESKY, P.C.**
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
P: 215-575-3895
sparis@smbb.com
phoward@smbb.com

Attorneys for Plaintiffs in *Thomas v. Beech-Nut Nutrition Co.*, Case No. 1:21-cv-0133-TJM-CFH


 *s/ Charles J. LaDuca*

Charles LaDuca
Katherine Van Dyck
C. William Frick
**CUNEO GILBERT & LADUCA, LLP**
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Telephone:(202) 789-3960
Facsimile: (202) 789-1813
E-mail: charles@cuneolaw.com
kvandyck@cuneolaw.com
bill@cuneolaw.com

Attorneys for Plaintiff in *Peek v. Beech-Nut Nutrition Co.*, Case No. 1:21-cv-00167-

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
Robert K. Shelquist
Rebecca A. Peterson
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-mail: rkshelquist@locklaw.com
rapeterson@locklaw.com

**LITE DEPALMA GREENBERG, LLC**
Joseph DePalma
Susana Cruz Hodge
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
E-mail: jdepalma@litedepalma.com
scruzhodge@litedepalma.com
TJM-ML


*/s/ Lori G. Feldman*

Lori G. Feldman, Esq. (LF-3478)
**GEORGE GESTEN MCDONALD, PLLC**
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
Phone: (917) 983-9321
Fax: (888) 421-4173
Email: LFeldman@4-justice.com
E-Service: eService@4-Justice.com

David J. George, Esq.
Brittany L. Brown, Esq.
**GEORGE GESTEN MCDONALD, PLLC**
9897 Lake Worth Road, Suite #302
Lake Worth, FL 33467
Phone: (561) 232-6002
Fax: (888) 421-4173
Email: DGeorge@4-Justice.com
E-Service: eService@4-Justice.com

Janine L. Pollack, Esq.
Michael Liskow, Esq.
**CALCATERRA POLLACK LLP**
1140 Avenue of the Americas
9th Floor
New York, New York 10036
Phone: (917) 899-1765
Fax: (332) 206-2073
Email: jpollack@calcaterrapollack.com
Email: mliskow@calcaterrapollack.com

Attorneys for Plaintiff in *Moore v. Beech-Nut Nutrition Co.*, Case No. 1:21-cv-00183-TJM-CFH

*s/ Jonathan Tycko*
Jonathan K. Tycko Bar Number: 517275
Hassan A. Zavareei (*pro hac vice*)
Allison W. Parr (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
1828 L Street, NW Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
jtycko@tzlegal.com
hzavareei@tzlegal.com
aparr@tzlegal.com

Annick M. Persinger (*pro hac vice*)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070

Oakland, CA 94612
Telephone: (510) 254-6808
Facsimile: (202) 973-0950
apersinger@tzlegal.com

Attorneys for Plaintiff in *Doyle v. Beech-Nut Nutrition Co.*, Case No. 1:21-cv-00186-TJM-CFH

s/ Terry J. Kirwan, Jr.
Terry J. Kirwan, Jr.
Bar Roll #: 501821
**KIRWAN LAW FIRM, P.C.**
100 Madison Street
AXA Tower I, 15th Floor
Syracuse, New York 13202
T: (315) 452-2443
F: (315) 671-1550
Email: tkirwan@kirwanlawpc.com

Jeffrey A. Barrack
**BARRACK, RODOS & BACINE**
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
T: (215) 963-0600
F: (215) 963-0838
jbarrack@barrack.com

Michael A. Toomey
**BARRACK, RODOS & BACINE**
Eleven Times Square
640 8th Avenue, 10th Floor
New York, NY 10036
T: (212) 688–0782
F: (212) 688–0783
mtoomey@barrack.com

Stephen R. Basser
**BARRACK, RODOS & BACINE**
One America Plaza
600 West Broadway, Suite 900
San Diego, CA 92101
T: (619) 230–0800
F: (619) 230–1874

sbasser@barrack.com

John G. Emerson
**EMERSON FIRM, PLLC**
2500 Wilcrest, Suite 300
Houston, TX 77042
T: (800)-551-8649
F: (501)-286-4659
jemerson@emersonfirm.com

Christopher D. Jennings
(AR Bar No. 2006306)
**JOHNSON FIRM**
610 President Clinton Avenue, Suite 300
Little Rock, Arkansas 72201
T: (501) 372-1300
F: (888) 505-0909
chris@yourattorney.com

Attorneys for Plaintiff in *Boyd v. Beech-Nut Nutrition Co.*, Case No. 1:21-cv-00200-TJM-CFH

*/s/ Innessa M. Huot*
Innessa M. Huot (Bar Roll #519963)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: (212) 983-9330
Facsimile: (212) 983-9331
ihuot@faruqilaw.com

Steven L. Bloch
Ian W. Sloss
Zachary Rynar
**SILVER GOLUB & TEITELL LLP**
184 Atlantic Street
Stamford, CT 06901
Telephone: (203) 325-4491
Facsimile: (203) 325-3769
sbloch@sgtlaw.com
isloss@sgtlaw.com
zrynar@sgtlaw.com

Attorneys for Plaintiffs in *Cantor v. Beech-Nut Nutrition Co.*, Case No. 1:21-cv-00213-TJM-CFH


/s/ Jason P. Sultzer __
Jason P. Sultzer
Joseph Lipari
Daniel Markowitz
Mindy Dolgoff
**THE SULTZER LAW GROUP P.C.**
85 Civic Center Plaza, Suite 200
Poughkeepsie, New York 12601
Telephone: (845) 483-7100
Facsimile: (888) 749-7747

Michael R. Reese
Sue J. Nam
Carlos F. Ramirez
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

James R. Peluso
**DREYER BOYAJIAN LLP**
75 Columbia Street
Albany, New York 12210
Telephone: (518) 463-7784
Facsimile: (518) 463-4039

Attorneys for Plaintiff in *Motherway v. Beech-Nut Nutrition Co.*, Case No. 1:21-cv-00229-TJM-CFH


*/s/ Gary E. Mason*
Gary E. Mason
David K. Lietz
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Avenue NW, Suite 305
Washington, DC 20016
Phone: (202) 429-2990
Fax: (202) 429-2294
gmason@masonllp.com

dlietz@masonllp.com

Jonathan Shub
Kevin Laukaitis
**SHUB LAW FIRM LLC**
134 Kings Highway East, 2nd Floor
Haddonfield, NJ 08033
Phone: (856) 772-7200
Fax: (856) 210-9088
jshub@shublawyers.com
klaukaitis@shublawyers.com

Charles E. Schaffer
David C. Magagna Jr.
**LEVIN, SEDRAN & BERMAN, LLP**
510 Walnut Street, Suite 500
Philadelphia, PA 19106
cschaffer@lfsblaw.com
dmagagna@lfsblaw.com

Jeffrey S. Goldberg
**GOLDENBERG SCHNEIDER L.P.A.**
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
jgoldenberg@gs-legal.com

Gary M. Klinger
**MASON LIETZ & KLINGER LLP**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (202) 429-2290
Fax: (202) 429-2294
gklinger@masonllp.com

Attorneys for Plaintiff in *Henry v. Beech-Nut Nutrition Co.*, Case No. 1:21-cv-00227-TJM-CFH

*/s/Spencer Sheehan*
Spencer Sheehan
**SHEEHAN & ASSOCIATES, P.C.**
60 Cutter Mill Rd Ste 409
Great Neck NY 11021-3104
Tel: (516) 268-7080
Fax: (516) 234-7800

spencer@spencersheehan.com

Attorney for Plaintiff in *Gancarz v. Beech-Nut Nutrition Co.*, Case 1:21-cv-00258-TJM-CFH

/s/ *Gary S. Graifman*
Gary S. Graifman
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
135 Chestnut Ridge Road, Suite 200
Montvale, New Jersey 07645
T: 845-356-2570
F: 845-356-4335
ggraifman@kgglaw.com

Melissa R. Emert
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
747 Chestnut Ridge Road, Suite 200
Chestnut Ridge, New York 10977
T: 845-356-2570
F: 845-356-4335
memert@kgglaw.com

Attorneys for Plaintiff in *Smiley v. Beech-Nut Nutrition Co.*, Case 1:21-cv-00271-TJM-CFH

s/ *Kevin Landau*
Kevin Landau
Miles Greaves
**TAUS, CEBULASH & LANDAU, LLP**
80 Maiden Lane, Suite 1204
New York, NY 10038
(212) 931-0704

Marc H. Edelson* EDELSON LECHTZIN LLP 3 Terry Drive, Suite 205 Newtown, PA 18940 Tel: 215-867-2399 (work) Medelson@edelson-law.com

Joshua H. Grabar* GRABAR LAW OFFICE One Liberty Place 1650 Market

Street, Suite 3600 Case 1:21-cv-00285-TJM-CFH Document 1 Filed 03/11/21 Page 62 of 63 63 Philadelphia, PA 19103 Tel: (267) 507-6085 Fax: (267) 507-6048 Jgrabar@grabarlaw.com

Attorneys for Plaintiffs in *Henry v. Beech-Nut Nutrition Co.*, Case 1:21-cv-00285-TJM-CFH

# [PROPOSED] ORDER

## PURSUANT TO STIPULATION, IT IS SO ORDERED

Date: 3/19/2021

Hon. Thomas J. McAvoy
United States District Judge