# EXHIBIT 3

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LUDMILA GULKAROV,**<br>Plaintiff,<br>vs.<br>**PLUM PBC,**<br>Defendant. | CASE NO. 21-cv-00913-YGR<br>**ORDER CONSOLIDATING CASES**<br>Re: Dkt. No. 10 |

In light of the motion requesting consideration of whether cases should be related and consolidation thereof (Dkt. No. 10) and the subsequent Related Case Order (Dkt. No. 13), the Court hereby **CONSOLIDATES** the above-captioned matter with related case *McKeon, et al. v. Plum, PBC, et al.*, Case No. 21-cv-01113. A consolidated complaint shall be filed on or before **March 15, 2021**. The consolidated complaint or a related filing should address the status of the *McKeon* case, including whether it should be terminated administratively or otherwise.

This terminates Docket Number 10.

**IT IS SO ORDERED.**

Dated: March 9, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**