UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE STEWART, SHANNON FITZGERALD and SUMMER APICELLA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NURTURE, INC.,<br><br>Defendant. | Case No. 1:21-cv-01217<br><br>ECF Case |

## MOTION TO ADMIT ANGELA C. AGRUSA *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules for the United States District Courts for the Southern and Eastern Districts of New York, I, Angela C. Agrusa, hereby move this Court for an Order for admission *pro hac vice* to appear as counsel in the above-captioned case on behalf of Defendant Nurture, Inc.

I am a member of good standing of the bar of the State of California. There are no pending disciplinary proceedings against me in any state or federal court. A Certificate of Good Standing from the State of California is attached as Exhibit A.

I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached an affidavit as Exhibit B pursuant to Local Rule 1.3. A proposed Order is attached as Exhibit C.

Dated:  April 7, 2021    **DLA PIPER LLP (US)**

By: */s/ Angela C. Agrusa*
    Angela C. Agrusa
    2000 Avenue of the Stars
    Suite 400 North Tower
    Los Angeles, California 90067-4704
    Telephone:   310.595.3000
    Facsimile:   310.595.3300
    Email:   angela.agrusa@us.dlapiper.com

*Attorneys for Defendant Nurture, Inc.*