|   |   |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 7/15/2021 |

NICOLE STEWART, SHANNON FITZGERALD, and SUMMER APICELLA, on behalf of themselves and all others similarly situated,

      Plaintiffs,

  -against-

NURTURE, INC.

      Defendant.

1:21-cv-1217-MKV

SCHEDULING ORDER

STEPHANIE SOTO, individually and on behalf of all others similarly situated,

      Plaintiff,

  -against-

NURTURE, INC.

      Defendant.

1:21-cv-1271-MKV

NITA JAIN, individually and on behalf of all others similarly situated,

      Plaintiff,

  -against-

NURTURE, INC., d/b/a Happy Family Brands,

      Defendant.

1:21-cv-1473-MKV

JODI SMITH, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

  -against-

NURTURE, INC.,

      Defendant.

1:21-cv-1534-MKV

| | |
|---|---|
| LILLIAN HAMPTON, KELLY MCKEON, and JEN MACLEOD,<br><br>      Plaintiffs,<br><br>  -against-<br><br>NURTURE, INC., d/b/a Happy Family Organics and Happy Baby Organics,<br><br>      Defendants. | 1:20-cv-1882-MKV |
| AMY WESTIN, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  -against-<br><br>NURTURE, INC., d/b/a Happy Family Brands,<br><br>      Defendant. | 1:21-cv-2101-MKV |
| JESSICA STROBEL, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  -against-<br><br>NURTURE, INC., d/b/a Happy Family Brands,<br><br>      Defendant. | 1:21-cv-2129-MKV |
| TIFFANIE SKIBICKI, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  -against-<br><br>NURTURE, INC., d/b/a Happy Family Organics, and Does 1 through 10, inclusive,<br><br>      Defendants. | 1:21-cv-2553-MKV |

| | |
|---|---|
| ERIN WOOD, individually and on behalf of all others similarly situated, BRITTIAN WARNER, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>   -against-<br><br>NURTURE, INC.,<br><br>        Defendant. | 1:21-cv-3159-MKV |
| ANGELA GUTIERREZ, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   -against-<br><br>NURTURE, INC.,<br><br>        Defendant. | 1:21-cv-3499-MKV |
| ALYSE GOTHOT, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>   -against-<br><br>NURTURE, INC., d/b/a Happy Family Brands,<br><br>        Defendant. | 1:21-cv-4997-MKV |
| CHARLES ROBBINS, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   -against-<br><br>NURTURE, INC., d/b/a Happy Family Brands, d/b/a Happy Family Organics,<br><br>        Defendant. | 1:21-cv-5344-MKV |

MARY KAY VYSKOCIL, United States District Judge:

On February 10, 2021, Plaintiffs Nicole Stewart, Summer Apicella, and Shannon Fitzgerald filed the Complaint in *Stewart v. Nurture, Inc.*, 21-cv-1217-MKV. To date, eleven actions in this District have been designated as related to *Stewart*.

The Court directs counsel for all parties in each of the above-referenced actions to appear at a conference on September 1, 2021, at 11:00 AM. The conference will be held telephonically. To join the conference, dial 888-278-0296 and enter access code 5195844.

The parties should be prepared to discuss the pending motion to consolidate, the proposed order on consolidation, including the deadlines proposed therein, and all other scheduling and pretrial matters.

**SO ORDERED.**

**Date:  July 15, 2021**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**