

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/28/2021__

**DLA Piper LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Colleen Carey Gulliver
Colleen.Gulliver@us.dlapiper.com
T  212.335.4737
F  917.778.8037

July 28, 2021

**BY ECF**
Honorable Mary Kay Vyskocil
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> The conference scheduled for September 1, 2021, is rescheduled for August 27, 2021, at 11:00 AM.  The conference will be held telephonically.  To join the conference, dial 888-278-0296 and enter access code 5195844.  SO ORDERED.
>
> Date: __7/28/2021__
> New York, New York
>
> /s/ Mary Kay Vyskocil
> Mary Kay Vyskocil
> United States District Judge

Re:   *Gothot v. Nurture, Inc.*, Case No. 1:21-cv-4997-MKV
       *Gutierrez v. Nurture, Inc.*, Case No. 1:21-cv-03499-MKV
       *Hampton et. al. v. Nurture, Inc.*, Case No. 1:21-cv-01882-MKV
       *Jain v. Nurture, Inc.*, Case No. 1:21-cv-01473-MKV
       *Robbins v. Nurture, Inc.*, Case No. 1:21-cv-5344-MKV
       *Skibicki v. Nurture, Inc., et al.*, Case No. 1:21-cv-02553-MKV
       *Smith v. Nurture, Inc.*, Case No. 1:21-cv-01534-MKV
       *Soto v. Nurture, Inc.*, Case No. 1:21-cv-1271-MKV[1]
       *Stewart et. al. v. Nurture, Inc.*, Case No. 21-cv-1217-MKV
       *Strobel v. Nurture, Inc.*, Case No. 1:21-cv-02129-MKV
       *Westin v. Nurture, Inc.*, Case No. 1:21-cv-2101-MKV
       **Letter Proposing August 27 Conference**

Dear Judge Vyskocil:

    We represent Defendant Nurture, Inc. ("Nurture") in the above-referenced actions.  We write pursuant to the Court's July 26, 2021 Order, entered on each of the above-referenced dockets, directing counsel to "confer and propose dates and times during the weeks of August 16, 23, and 30 to reschedule the conference currently scheduled for September 1, 2021."  (*See, e.g.*, *Stewart*, ECF No. 42).  Nurture has conferred with counsel and all counsel agree to rescheduling the conference for August 27, 2021, at a time agreeable for the Court.

                                          Respectfully submitted,

                                          */s/ Colleen Carey Gulliver*
                                          Colleen Carey Gulliver

cc:   All counsel of record (by ECF)

---

[1] Nurture has not been served in the *Soto* action.