USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/23/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICOLE STEWART, SHANNON FITZGERALD, and SUMMER APICELLA, on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>  -against-<br><br>NURTURE, INC.<br><br>       Defendant. | 1:21-cv-1217-MKV<br><br>SCHEDULING ORDER |
| STEPHANIE SOTO, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br>  -against-<br><br>NURTURE, INC.<br><br>       Defendant. | 1:21-cv-1271-MKV |
| NITA JAIN, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br>  -against-<br><br>NURTURE, INC., d/b/a Happy Family Brands,<br>       Defendant. | 1:21-cv-1473-MKV |
| JODI SMITH, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br>  -against-<br><br>NURTURE, INC.,<br><br>       Defendant. | 1:21-cv-1534-MKV |

| | |
|---|---|
| LILLIAN HAMPTON et al.,<br><br>                              Plaintiffs,<br><br>              -against-<br><br>NURTURE, INC., d/b/a Happy Family Organics and Happy Baby Organics,<br><br>                              Defendants. | 1:20-cv-1882-MKV |
| AMY WESTIN, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>              -against-<br><br>NURTURE, INC., d/b/a Happy Family Brands,<br><br>                              Defendant. | 1:21-cv-2101-MKV |
| JESSICA STROBEL, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>              -against-<br><br>NURTURE, INC., d/b/a Happy Family Brands,<br><br>                              Defendant. | 1:21-cv-2129-MKV |
| TIFFANIE SKIBICKI, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>              -against-<br><br>NURTURE, INC., d/b/a Happy Family Organics, and Does 1 through 10, inclusive,<br><br>                              Defendants. | 1:21-cv-2553-MKV |

| | |
|---|---|
| ANGELA GUTIERREZ, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    -against-<br><br>NURTURE, INC.,<br><br>      Defendant. | 1:21-cv-3499-MKV |
| ALYSE GOTHOT, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>    -against-<br><br>NURTURE, INC., d/b/a Happy Family Brands,<br><br>      Defendant. | 1:21-cv-4997-MKV |
| CHARLES ROBBINS, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>    -against-<br><br>NURTURE, INC., d/b/a Happy Family Brands, d/b/a Happy Family Organics,<br><br>      Defendant. | 1:21-cv-5344-MKV |
| MYJORIE PHILIPPE, on behalf of herself and all others similarly situated, et al.,<br><br>      Plaintiffs,<br><br>    -against-<br><br>NURTURE, INC.<br><br>      Defendant. | 1:21-cv-6632-MKV |

| | |
|---|---|
| EDELIN ALTUVE, individually, and on behalf of all others similarly situated, et al.,<br><br>               Plaintiffs,<br><br>          -against-<br><br>NURTURE, INC.,<br><br>               Defendant. | 1:21-cv-6678-MKV |
| CAITLIN WILLIAMS, individually and on behalf of all others similarly situated,<br><br>               Plaintiff,<br><br>          -against-<br><br>NURTURE INC. et al.,<br><br>               Defendants. | 1:21-cv-6918-MKV |

MARY KAY VYSKOCIL, United States District Judge:

A telephonic conference in the above-referenced actions is scheduled for August 27, 2021, at 11:00 AM. Given the number of parties, the conference will be held by videoconference on Microsoft Teams. Counsel for all parties shall appear by video. Counsel will receive a link via e-mail before the conference. Members of the public and press may access the conference via telephone by dialing 1-917-933-2166 and using conference ID 231 409 366 #.

**SO ORDERED.**

Date: August 23, 2021
      New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
United States District Judge