```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AHKILAH JOHNSON, individually and on behalf of all others similarly situated,

  Plaintiff,

-against-

NURTURE, INC., d/b/a Happy Family Brands,

  Defendant.

1:21-cv-7283-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

This action was referred to me as related to *In re Nurture Baby Food Litigation*, No. 21-cv-1217-MKV.  Pursuant to the Order of Consolidation entered in that case [ECF No. 47], any actions assigned to me asserting consumer-protection type claims against Nurture, Inc. that arise from the same factual allegations as the consolidated actions—that Nurture's baby food products are and were tainted with toxic heavy metals—shall be consolidated for all purposes with the consolidated actions.  The Complaint in this action asserts only consumer-protection type cases against Nurture based on the same factual allegations as the consolidated actions.  [*See generally* ECF No. 1.]

Accordingly, IT IS HEREBY ORDERED that this action shall be consolidated with *In re Nurture Baby Food Litigation*, No. 21-cv-1217-MKV.  The deadlines set forth in the Order of Consolidation govern.

**SO ORDERED.**

Date:  September 1, 2021
       New York, NY

MARY KAY VYSKOCIL
United States District Judge