# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NURTURE BABY FOOD LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Master File No.: 1:21-cv-01217-MKV<br><br>**NOTICE OF STEWART MOVANTS' MOTION FOR APPOINTMENT OF INTERIM CO-LEAD COUNSEL AND EXECUTIVE COMMITTEE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(g)**<br><br>**ORAL ARGUMENT REQUESTED** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, declarations, and exhibits thereto, Plaintiffs Nicole Stewart, Shannon Fitzgerald, Summer Apicella, Jodi Smith, Lillian Hampton, Kelly McKeon, Jen Macleod, Tiffanie Skibicki, Angela Gutierrez, Edelin Altuve, Brandy Daniels, Diego Galeana, April Gillens, Jandrea Glenn, Elizabeth Hall, Savanna Jarrell, Laszlo Kovacs, Cori Lau, Michelle Lyles, Christina Martinson, Melissa Mejia, Chey'na Micciche, Julia Milton, Michael Morrow, Stacy Musto, Gladys Okolo, and Lidia Tilahun ("Stewart Movants"), will and do hereby move this Court before the Honorable Mary Kay Vyskocil, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, at a time and date to be set by the Court for an Order for the appointment of Lori G. Feldman (George Gesten McDonald PLLC) and Rebecca A. Peterson (Lockridge Grindal Nauen P.L.L.P.) as Interim Co-Lead Counsel and for the appointment of an Executive Committee consisting of Michael Liskow (Calcaterra Pollack LLP), Katherine Van Dyck (Cuneo Gilbert and LaDuca, LLP), Mark R. Rosen (Barrack Rodos & Bacine), Kara A. Elgersma (Wexler Wallace, LLP), and Eddie Jae K. Kim (Carlson Lynch).

562691.4

Pursuant to the August 30, 2021 Order (Dkt. 47), the following briefing schedule shall apply to the Stewart Movants' Lead Counsel Motion: Opening papers are due by September 28, 2021; Responsive papers are due by October 19, 2021; and Reply papers are due by October 26, 2021.  Oral argument is respectfully requested.

Dated: September 28, 2021

Respectfully submitted,

By: /s/ Lori G. Feldman
Lori G. Feldman, Esq. (admitted in SDNY)
GEORGE GESTEN MCDONALD, PLLC
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (561) 232-6002
Facsimile:  (888) 421-4173
E-Mail: lfeldman@4-justice.com
E-Service: eService@4-justice.com

David J. George (admitted *pro hac vice*)
Brittany Brown (admitted *pro hac vice*)
GEORGE GESTEN MCDONALD, PLLC
9897 Lake Worth Road, Suite 302
Lake Worth, FL 33463
Telephone: (561) 232-6002
Facsimile:  (888) 421-4173
E-mail: dgeorge@4-Justice.com
            bbrown@4-Justice.com
E-Service: eService@4-justice.com

By: /s/ Rebecca A. Peterson
Rebecca A. Peterson (admitted *pro hac vice*)
Robert K. Shelquist (admitted *pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981
E-Mail: rapeterson@locklaw.com
            rkshelquist@locklaw.com
            kkfreier@locklaw.com

**Plaintiffs' Proposed Co-Lead Interim Counsel**

Janine L. Pollack (admitted in SDNY)
Michael Liskow (admitted in SDNY)
CALCATERRA POLLACK LLP
1140 Avenue of the Americas, 9th Floor
New York, NY  10036
Telephone: (917) 899-1765
Facsimile:  (332) 206-2073
E-Mail: jpollack@calcaterrapollack.com
    mliskow@calcaterrapollack.com

Katherine Van Dyck (admitted *pro hac vice*)
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Ave, NW, Suite 200
Washington, D.C. 20016
Telephone: (202) 789-3960
Facsimile: (202) 789-1813
E-mail: kvandyck@cuneolaw.com

Kara A. Elgersma (admitted *pro hac vice*)
WEXLER WALLACE, LLP
55 West Monroe, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022
E-Mail: kaw@wexlerwallace.com

Mark R. Rosen (admitted *pro hac vice*)
BARRACK RODOS & BACINE
Eleven Times Square
640 8th Avenue, 10th Floor
New York, NY 10036
Telephone: (212) 688–0782
Facsimile: (212) 688–0783
E-Mail: mrosen@barrack.com

Eddie Jae K. Kim (to be admitted)
CARLSON LYNCH LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Facsimile: (412) 322-9243
E-Mail: ekim@carlsonlynch.com

**Plaintiffs' Proposed Executive Committee**

>Catherine Sung-Yun K. Smith (to be admitted)
>Daniel E. Gustafson (admitted *pro hac vice*)
>GUSTAFSON GLUEK PLLC
>Canadian Pacific Plaza
>120 South Sixth Street, Suite 2600
>Minneapolis, MN 55402
>Telephone: (612) 333-8844
>Facsimile: (612) 339-6622
>E-Mail: csmith@gustafsongluek.com
>        dgustafson@gustafsongluek.com
>
>Susana Cruz Hodge (admitted *pro hac vice*)
>Joseph DePalma (admitted *pro hac vice*)
>LITE DEPALMA GREENBERG & AFANADOR
>570 Broad Street, Suite 1201
>Newark, NJ 07102
>Telephone: (973) 623-3000
>Facsimile: (973) 623-0858
>E-Mail: scruzhodge@litedepalma.com
>        jdepalma@litedepalma.com
>
>Thomas A. Zimmerman, Jr. (admitted *pro hac vice*)
>Sharon A. Harris (to be admitted)
>ZIMMERMAN LAW OFFICES, P.C.
>77 W. Washington Street, Suite 1220
>Chicago, IL 60602
>Telephone:  (312) 440-0020 telephone
>Facsimile:   (312) 440-4180
>E-Mail: tom@attorneyzim.com
>        sharon@attorneyzim.com
>
>**Attorneys for the Stewart Movants**

**Plaintiffs' Counsel Supporting This Motion:**

>Kevin Landau (to be admitted)
>Miles Greaves (to be admitted)
>TAUS, CEBULASH & LANDAU, LLP
>80 Maiden Lane, Suite 1204
>New York, NY 10038
>Telephone: (212) 931-0704
>E-Mail: klandau@tcllaw.com
>        mgreaves@tcllaw.com
>
>Patrick Howard (to be admitted)
>SALTZ, MONGELUZZI, &
>BENDESKY, P.C.
>1650 Market Street, 52nd Floor
>Philadelphia, PA 19103
>Telephone: (215) 575-3895
>E-Mail: phoward@smbb.com
>
>Matthew D. Schelkopf (to be admitted)
>Lori G. Kier (to be admitted)
>Davina C. Okonkwo (to be admitted)
>SAUDER SCHELKOPF
>1109 Lancaster Avenue
>Berwyn, PA 19312
>Telephone: (610) 200-0581
>E-Mail: mds@sstriallawyers.com
>        lgk@sstriallawyers.com
>        dco@sstriallawyers.com
>
>**Attorneys for Plaintiffs Lillian Hampton, Kelly McKeon and Jen MacLeod**
>
>Todd D. Carpenter (to be admitted)
>Scott G. Braden (to be admitted)
>CARLSON LYNCH LLP
>1350 Columbia St., Ste. 603
>San Diego, CA 92101
>Telephone: (619) 762-1900
>Facsimile: (619) 756-6991
>E-Mail: tcarpenter@carlsonlynch.com
>        sbraden@carlsonlynch.com

562691.4

5

Jeffrey K. Brown (to be admitted)
Michael A. Tompkins (to be admitted)
Brett R. Cohen (to be admitted)
LEEDS BROWN LAW, P.C.
One Old Country Road, Suite 347
Carle Place, NY 11514
Telephone: (516) 873-9550
E-Mail:  jbrownl@leedsbrownlaw.com
    mtompkins@leedsbrownlaw.com
    bcohen@leedsbrownlaw.com

**Attorneys for Plaintiff Tiffanie Skibicki**

William J. Ban (to be admitted)
BARRACK, RODOS & BACINE
Eleven Times Square
640 8th Ave, 10th Floor
New York, NY 10036
Telephone: (212) 688-0782
Facsimile:  (212) 688-0783
E-Mail:  wban@barrack.com

Stephen R. Basser (to be admitted)
BARRACK, RODOS & BACINE
600 West Broadway, Suite 900
San Diego, CA 92101
Telephone: (619) 230-0800
Facsimile: (619) 230-1874
E-Mail:  sbasser@barrack.com

**Attorneys for Plaintiff Angela Gutierrez**