IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re NURTURE BABY FOOD LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No.: 1:21-cv-01217-MKV<br><br>The Honorable Mary Kay Vyskocil |

**NOTICE OF THE W-R SLATE'S MOTION FOR APPOINTMENT OF
INTERIM CO-LEAD COUNSEL AND EXECUTIVE COMMITTEE
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 23(g)(3)**

Plaintiffs[1] hereby move the Court pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure for an Order designating Melissa S. Weiner (Pearson, Simon & Warshaw, LLP) and Michael R. Reese (Reese LLP) as Interim Co-Lead Counsel for the putative class and designating Melissa Emert (Kantrowitz, Goldhamer & Graifman, P.C.), Annick M. Persinger (Tycko & Zavareei LLP), Jason P. Sultzer (The Sultzer Law Group P.C.), Charles E. Schaffer (Levin Sedran & Berman LLP), and Rachel Soffin (Milberg Coleman Bryson Phillips Grossman, PLLC) as Interim Executive Committee members. The W-R Slate submits in support of this motion the accompanying Memorandum of Law, Declarations of each of the foregoing counsel with exhibits attached thereto, and a Proposed Order granting this motion.

---

[1] Counsel in the W-R Slate represent plaintiffs in six independently-filed actions: *Gothot v. Nurture, Inc.*, No. 1:21-cv-4997-MKV (S.D.N.Y.) (Weiner and Soffin); *Robbins v Nurture, Inc.*, No. 1:21-cv-5344-MKV (S.D.N.Y.) (Reese and Sultzer); *Strobel v. Nurture, Inc.*, No. 1:21-cv-02129-MKV (S.D.N.Y.) (Persinger); *Jain v. Nurture, Inc.*, No. 1:21-cv-01473-MKV (S.D.N.Y.) (Schaffer); *Westin v. Nurture, Inc.*, No. 1:21-cv-02101-MKV (S.D.N.Y.) (Emert); and *Johnson v. Nurture, Inc.*, No. 1:21-cv-07283-MKV (S.D.N.Y.) (Emert).

962858.3

Dated: September 28, 2021

| | |
|---|---|
| **PEARSON SIMON & WARSHAW, LLP** | **REESE LLP** |
| */s/ Melissa S. Weiner* | */s/ Michael R. Reese* |
| Melissa S. Weiner | Michael R. Reese |
| mweiner@pswlaw.com | mreese@reesellp.com |
| 800 LaSalle Avenue, Suite 2150 | 100 West 93rd Street, 16th Floor |
| Minneapolis, Minnesota 55402 | New York, New York 10025 |
| Telephone: (612) 389-0600 | Telephone: (212) 643-0500 |
| Facsimile: (612) 389-0610 | Facsimile: (212) 253-4272 |

*Proposed Interim Co-Lead Counsel*

| | |
|---|---|
| **KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.** | **TYCKO & ZAVAREEI LLP** |
| */s/ Melissa R. Emert* | */s/ Annick M. Persinger* |
| Melissa R. Emert | Annick M. Persinger (*Pro Hac Vice*) |
| memert@kgglaw.com | apersinger@tzlegal.com |
| 747 Chestnut Ridge Road, Suite 200 | 1970 Broadway, Suite 1070 |
| Chestnut Ridge, New York 10977 | Oakland California 94612 |
| Telephone: (845) 356-2570 | Telephone: (510) 254-6808 |
| Facsimile: (845) 356-4335 | Facsimile: (202) 973-0950 |
| **THE SULTZER LAW GROUP P.C.** | **LEVIN, SEDRAN & BERMAN, LLP** |
| */s/ Jason P. Sultzer* | */s/ Charles E. Schaffer* |
| Jason P. Sultzer | Charles E. Schaffer (*Pro Hac Vice*) |
| sultzerj@thesultzerlawgroup.com | cschaffer@lfsblaw.com |
| 85 Civic Center, Suite 200 | 510 Walnut Street, Suite 500 |
| Poughkeepsie, New York 12601 | Philadelphia, Pennsylvania 19106 |
| Telephone: (845) 483-7100 | Telephone: (215) 592-1500 |
| Facsimile: (888) 749-7747 | Facsimile: (215) 592-4663 |
| **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC** | |
| */s/ Rachel Soffin* | |
| Rachel Soffin (*Pro Hac Vice*) | |
| rsoffin@milberg.com | |
| 800 S. Gay Street, Suite 1100 | |
| Knoxville, Tennessee 37929 | |
| Telephone: (865) 247-0080 | |

*Proposed Interim Executive Committee*

962858.3