**EXHIBIT 2**

*Curriculum Vitae*

Michael R. Reese
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Website: www.reesellp.com
Email: *mreese@reesellp.com*

## PROFESSIONAL ACTIVITIES:

**REESE LLP** (2008-present)

*Founder and Managing Partner*

Founder and managing partner of boutique litigation law firm specializing in class actions and food law related cases in litigation throughout the United States.  Representative cases include:

- *Mantikas v. Kellogg Co.*, 910 F.3d 633 (2d Cir. 2018)(case involving alleged misrepresentation of amount of whole grain in food product; adoption by Second Circuit of reasonable consumer standard)

- *Sgouros v. Transunion Corp.*, 817 F.3d 1029 (7th Cir. 2016)(case alleging violation of the Fair Credit Reporting Act ("FCRA"); rejection by Seventh Circuit that case was subject to arbitration)

- *Praxis Project v. The Coca-Cola Co. et al.*, case no. 2017 CA 004801 B (D.C. Superior Court) (case alleging manipulation of science attempting to delink and discredit connection between sugar with diabetes and other diseases and health issues)

- *In re Santa Fe Natural Tobacco Company Marketing & Sales Practices and Products Liability Litig.*, 288 F.Supp.3d 1087 (D. New Mexico Dec. 21, 2017) (case alleging violation of consumer protection statutes for deceptive labeling of "natural" cigarettes)

- *Huyer v.Wells Fargo Co.*, 295 F.R.D. 332 (S.D. Iowa 2013)(certification of RICO class on behalf of mortgagors, resulting in $25 million settlement)

- *Shalikar v. Asahi Beer U.S.A., Inc.*,, case no. 17-cv-02713 JAK, 2017 WL 9362139 (C.D. Cal. Oct. 16, 2017)  (case alleging violation of consumer protective statute for deceptive and misleading labeling regarding origin of product)

- *Coe et al. v. General Mills, Inc.,*  case no. 15-cv-05112-TEH,   2016 WL 4208287 (N.D. Cal. Aug. 10, 2016) (case alleging violation for deceptive and misleading packaging regarding levels of protein and sugar in popular breakfast cereal)

-  *Rapoport-Hecht v. Seventh Generation, Inc.*, case no. 14-cv-09087-KMK, 2016 WL 11397676 (S.D.N.Y. July 10, 2016)(case alleging misleading labeling of personal care products as natural)

- *In re Frito-Lay North America, Inc. All Natural Litigation,* 2013 WL 4647512 (E.D.N.Y. Aug. 29, 2013) (case alleging violation for deceptive and misleading packaging of food products containing genetically modified organisms)

**BROOKLYN LAW SCHOOL** (2014-present)

*Adjunct Professor of Law*
- *The Law of Class Actions and other Aggregate Litigation*
- *Food Law*

**COLUMBIA LAW SCHOOL** (2016 to present)

*Guest Lecturer*

*Food Law and Policy*, February 19, 2018

*Food Law and Policy,* April 17, 2017

*Food Law and Policy*, April 18, 2016

**WELLNESS IN THE SCHOOLS (WITS) –** (2016 to present)

*Advisory Board Member*

**RESNICK CENTER, UNIVERSITY OF CALIFORNIA SCHOOL OF LAW** – (2018 to present)

*Advisory Board Member*

**UNION INTERNATIONALE DES AVOCATS (UIA)** (2016-present)

*North American Counsel to Food Law Commission* (2018 to present)

*Food Law Commission Member* (2016 to present)

- Guest Speaker: Verona, Italy (2016); Toronto, Canada (2017); Porto, Portugal (2018); Guadalajara, Mexico (virtual)(2020)

**INTERNATIONAL CLE – FOOD LAW** (2016-present)

*Conference Co-Host*

Co-host of annual two day food law conference that brings together all stakeholders in food law and regulation; including, academia; in-house counsel; NGOs; and members of the plaintiffs and defense bars.

- *"5th Annual Food Law Conference – Navigating the Intersection Between Regulation & Litigation"* San Francisco, California (March 2-3, 2020)

- *"Food Law – Industry, Academia, Consumer, NGO & Government Perspectives"* UCLA School of Law, Los Angeles, California (June 6-7, 2019)

- *"Innovative Foods and Other Hot Topics"* Denver, Colorado (April 19-20, 2018)

- *"Food Law – A Comprehensive Review of the Evolving Legal Landscape"* Austin, Texas (May 11-12, 2017)

**CAMBRIDGE FOOD FRAUD FORUM** (2019-present)

- *Head Chairperson*

Chairperson of annual three day food law conference for plaintiff class action attorneys who focus their practice on food fraud.

**CLASS ACTION ROUNDTABLE and CLASS ACTION FORUM** (2014-present)

*Executive Committee Member*

Executive Committee Member and annual presenter at exclusive forum limited to the top class action practitioners.

**PERRIN FOOD AND BEVERAGE LAW ANNUAL CONFERENCE** (2014 – present)

*Annual Presenter*

Moderator and Lecturer at annual food law conference.

*SPEAKING ENGAGEMENTS*:

**2021**

- September 28, 2021; Food and Drug Law Institute Food Advertising, Labeling and Litigation Conference; *Consumer Surveys and Economic Analysis in Support of Litigation*; with Sarah Butler (NERA Economic Consulting); Christopher van Gundy (Sheppard, Mullin, Richter & Hampton LLP); and Anthony Anscombe (Steptoe & Johnson LLP); live webinar

- May 25, 2021; American Bar Association 10th Annual Food, Beverage and Supplements CLE Program; *Class Action Round-Up*; with Angela Spivey (Alston & Bird LLP); Carey Bartell (Conagra); and Ben Wilner (Alvarez and Marsal); live webinar

- May 10, 2021; *Hot Topics in Food Litigation (an Update)*; with David T. Biderman (Perkins & Coie LLP); Lawlines

- February 23, 2021, *Food Litigation: Consumer Protection, Regulation and Class Class Actions*, Guest Lecturer of Professor David Biderman, University of California, Los Angeles School of Law (virtual)

- February 22, 2021, *Food Law and Policy*, Guest Lecturer of Professors Melissa Weiner and Steve Toeniskeotter, Mitchell Hamline School of Law, Minneapolis, Minnesota (virtual)

**2020**

- October 30, 2020, *Covid-19 and Food Product Distribution: Problems and Solutions*, Co-Moderator with Stefano Dindo; panelists – Sarah Brew (Faegre Drinker Biddle & Reath LLP); Diego Saluzzo (Grande Stevens Studio Legale); Alicia White (Whole Foods Market); Simona Musso (LavAzza); Carlos Ramirez (Reese LLP); Union Internationale des Advocats Congress, Guadalajara, Mexico (virtual)

- October 15, 2020, *Food Labeling Issues*, Mass Torts Made Perfect, Las Vegas, Nevada (virtual)

- September 23, 2020, *A Consumer Protection Attorney's Perspective on the Reasonable Consumer Standard and Preemption – Or: How I Learned to Stop Worrying about Preemption and Love 21 U.S.C. §343(a)(a tribute to Stanley Kubrick)*, FDLI, Washington, D.C. (virtual)

- June 2, 2020, *Using Electronically Stored Information to Your Advantage to Win - Or: How I Learned to Stop Worrying about Technology and to Love ESI (a tribute to Stanley Kubrick)* NACA Webinar

- March 3, 2020, *Pulling It All Together An Interactive Discussion of Public and Private Regulation*, co-panelist with Chris van Gundy and Rita Mansuryan (both from Sheppard, Mullin, Richter & Hampton LLP), 5th Annual Food Law Conference – Navigating the Intersection Between Regulation & Litigation, San Francisco, California

- March 3, 2020 *The Reasonable Consumer – An Interactive Debate*, moderator of panel – David Biderman; Ben Heikali; Angela Spivey; and, Gillian Wade, 5th Annual Food Law Conference – Navigating the Intersection Between Regulation & Litigation, San Francisco, California

- March 2, 2020, *Litigation Case Studies - Environmental Marketing Claims*, co-presenter with Dale Giali, 5th Annual Food Law Conference – Navigating the Intersection Between Regulation & Litigation, San Francisco, California

- February 25, 2020, *Food Law From the Plaintiffs' Perspective,* Co-Panelist with Jack Fitzgerald and Ani Gulati, Consumer Brands Association Legal Forum (Rancho Mirage, California)

**2019**

- November 19-20, 2019, Food Law Litigation Conference, Chairperson, Cambridge Food Law Litigation Forum, West Palm Beach, Florida

- November 19, 2019*, Food Law Litigation -The Amuse Bouche: Drafting Complaints; Surviving Motions to Dismiss and Defeating the Defenses Du Jour*, Cambridge Food Law Litigation Forum, West Palm Beach, Florida

- September 18, 2019, *Food Law and Policy*, Guest Lecturer of Professor Michael Roberts, University of California, Los Angeles School of Law

- June 6-7, 2019 4th *Annual Food Law Conference – Live From a Food Law Think Tank*, co-host, University of California, Los Angeles

- May 1, 2019, *Strategic Considerations for Bringing and Maintaining Class Actions*, Class Action Roundtable, Napa, California

- March 5, 2019, *A Plaintiff's Counsel Perspective on Class Action Food Litigation*, Grocery Manufacturers' Association, West Palm Beach, Florida

- March 4, 2019, *Mock Trial – Benson v. Stone Ground Kitchens, Inc.*, against Jerry Blackwell regarding allegedly deceptive glucosamine food supplements, Grocery Manufacturers' Association, West Palm Beach, Florida

- January 11, 2019, *Epic Systems, Its Aftermath and Impact on Class Action Waivers*, Bridgeport Class Action Conference, Costa Mesa, California

- January – May, 2019, *The Law of Class Actions and Other Aggregate Litigation*, Brooklyn Law School (with co-professor Mitchell Breit), Brooklyn, New York

**2018**

- November 2, 2018, ***The Intersection of Biotech Foods and the Law***, UIA Joint Food Law and Biotech Commissions, 62nd UIA Congress, Porto, Portugal

- October 17, 2018, ***What Does Natural Mean?,*** Wisconsin Public Radio, The Morning Show with host John Munson, radio program

- October 16, 2018, ***Recent Developments in Class Action Litigation***, Perrin Conference, Chicago, Illinois

- October 12, 2018, ***Agricultural Verdicts of Interest: Monsanto and Smithfield***, Wagner Food Policy Alliance, New York University, Puck Building, New York, New York

- April 19-20, 2018, ***CLE International Food Law Conference***, Co-Host of Conference; Panelist on ***Food Law Class Actions***; Moderator of Panel (Charles Sipos and Melissa Weiner) ***Taking Another Look at Innovative Foods, Class Actions and Regulatory Gaps***, Denver, Colorado

- April 17, 2018, ***Misleading Food Labeling and Advertising under the Lanham Act and the FDCA***, American Bar Association, webinar

- April 13, 2018, ***The Interplay Between Experts and Damages in Class Cases,*** Class Action Roundtable, Rancho Palos Verde, California

- February 18, 2018, ***Food Law and Policy***, Guest Lecturer of Professor Hannah Chamoine, Columbia Law School, New York, New York

- January-May, 2018 (Spring Semester) – ***Food Law***, Brooklyn Law School (with co-professor Valerie Madamba), Brooklyn, New York

- December 8, 2017, *Food Law Updates,* American Bar Association Brown Bag Presentation*,* teleconference presentation

- November 8, 2017, *Class Actions – Consumer Fraud and Product Labeling*, CLE International, Los Angeles, California

- October 28, 2017, *The Rules to be Followed When Importing Food Products - Country of Origin Litigation*, Union Internationale des Advocts ("UIA") 61st Annual Congress, Toronto, Canada

- October 25, 2017, *Recent Developments in Food Law Class Action Litigation*, *Moderator,* Perrin Conference*,* Chicago, Illinois

- September-December, 2017 (Fall Semester) – *The Law of Class Actions and Other Aggregate Litigation*, Brooklyn Law School (with co-professor Mitchell Breit), Brooklyn, New York

- May 16, 2017, *Hot Topics in Food Litigation*, Lawlines (with Maia Kats of CSPI), live-filmed production, New York, New York

- May 11-12, 2017, *International CLE Food Law Conference*, Co-Host of Conference; Panelist on *Food Law Class Actions, Part I, Merits*; Moderator of Panel (Tim Blood; Karin Moore- GMA; Ani Gulati – General Mills; Michael Jacobson – CSPI) *Where Should Food Law Be Made*, Austin, Texas

- May 9, 2017 – *Dealing With Emerging Pleading Standards and Expert Qualifications at Class Certification*, Plaintiffs' Class Action Forum, Carefree, Arizona

- April 20, 2017, *The Future of Food Law (*Panel with New York Assistant Attorney General Ellen Fried and Pace Law School Professor Margot Pollans), Cardozo Law School, New York, New York

- April 17, 2017 – *Food Law and Policy*, Guest Lecturer of Professor Hannah Chamoine, Columbia Law School, New York, New York

- January 24 – April 24, 2017 (Spring Semester)   *Class Actions and Other Aggregate Litigation*, Brooklyn Law School, Brooklyn, New York

**2016**

- October 18, 2016, *Recent Developments in Food Class Action Litigation*, Perrin Conference, New York Athletic Club, New York, New York

- September 15, 2016, *Food Advertising and Litigation Conference*, FDLI, Washington, D.C.

- July 13, 2016 - *Food and Beverage Class Actions: Litigating False Advertising, Labeling, Slack-Fill Packaging and Food Safety Claims – Navigating Issues of Ascertainability, Predominance; Preemption; Standing and More*, Strafford Webinar (with David Biderman of Perkins Coie LLP)

- June 9, 2016 – Union Internationale Advocats ("UIA"), *Food Class Actions in the United States*, Verona, Italy

- May 24, 2016 – *Integrating Food Law into Your Practice*, National Association of Consumer Advocates, Webinar

- April 28, 2016 – *Class Action Settlements*, Plaintiffs' Class Action Forum, West Palm Beach, Florida

- April 18, 2016 – *Food Law and Policy*, Guest Professor of Professor Hannah Chamoine, Columbia Law School, New York, New York

- March 28, 2016 – *What is Food Law?,* Brooklyn Law School, Brooklyn, New York

- March 17, 2016 – *Food Law Class Actions*, International CLE, Washington, D.C.

- February 24, 2016 – , *A Plaintiff Attorney's Perspective on Food Litigation*, Grocery Manufacturers Association Annual Legal Conference, Rancho Mirage, California

- January 25 – April 26, 2016 (Spring Semester) – *Class Actions and Other Aggregate Litigation*, Brooklyn Law School,  Brooklyn, New York

**2015**

- December 8, 2015 - Panelist (with Maia Kats of CSPI and Professor Laura Murphy) on panel moderated by Nicole Foster, Health and Human Services, American Bar Association, Health Law Section, *What is in Your Food? Food Labeling Regulation and Litigation*, Washington, D.C.

- December 2, 2015 - Co-Moderator with Laura Murphy, Vermont School of Law Professor, *Discussion Regarding the FDA' Recent Request for Comments on Use of the Term "Natural"*, American Bar Association, Health Law Section, Twitter Discussion

- November 10, 2015 - *Recent Developments in Class Actions*, Perrin Annual Food Law Conference, Challenges Facing the Food & Beverage Industry in Complex Litigation, Washington, D.C.

- September 24, 2015 - *Insights into the Food Courts, Key Cases and Trends,* Food and Drug Law Institute Food Advertising and Litigation, Chicago, Illinois

- June 16, 2015 - *What Should Food Lawyers Do*?,  Moderator, California Bar Litigation Section - Food Law Committee;   (Charles Sipos; Professor Marsha Garrison; Melissa Wolchansky; Leslie Brueckner, Public Justice)**(teleconference)**

- April 23, 2015 - *Ascertainability*, Plaintiff's Class Action Forum, Rancho Palos Verde, California

- April 13, 2015 - "*Food Law Litigation – A Practitioner's Perspective*" Guest Speaker of Professor Marsha Garrison, Food Law, Brooklyn Law School, Brooklyn, New York

- February 24, 2015 - *The Interplay of the FTC, Lanham Act and Class Actions*, Speaker with Richard Cleland of the Federal Trade Commission, Food and Drug Litigation Institute, Washington, D.C.

### 2014

- September-December 2014 (Fall Semester) – *The Law of Class Actions and Other Aggregate Litigation*, Brooklyn Law School, Brooklyn, New York

- June 16, 2014, *Hot Topics in Advertising Law*, Practicing Law Institute, New York, New York

- April 11, 2014, *Food Fight: An Examination of Recent Trends in Food Litigation and Where We Go From Here*, University of California, Los Angeles, School of Law, Resnick Program for Food Law and Policy, Los Angeles, California

- April 8, 2014, *Challenges Facing the Food and Beverage Industries in Complex Commercial Litigation*, Perrin Conference, Chicago, Illinois

- April 3, 2014, *Non-Traditional Approaches to Class Certification – (b)(1), (b)(2) and (c)(4) Classes*, Plaintiffs' Class Action Forum, San Diego, California

### 2013

- November 6, 2013, *Food Advertising*, *Strategies for Avoiding and Dealing with Litigation Issues*, Food and Drug Litigation Institute, New York, New York

- April 17, 2013, *The Level of Proof Required at the Class Certification Stage*, Plaintiff's Class Action Forum, Miami, Florida

### 2012

- November 15, 2012, *Food Advertising: Claims, Litigation and Strategies – Plaintiff Counsel's Perspective Regarding Recent Trend of Food Litigation*, Food and Drug Law Institute, New York, New York

- September 6, 2012, *False Advertising Consumer Class Actions: Latest Developments*, Stratford Publications Webinar New York, New York (webinar)

- January 24, 2012 - *Advertising, Labeling and Nutrition*, *Legal Developments - Managing Liability in an Increasing Litigious Environment*, Food and Drug Law Institute, Washington, D.C.

**2011**

- November 22, 2011 - *False Advertising Consumer Class Actions: Best Practices for Bringing and Defending Misleading Advertisement Litigation*, Strafford Publications, New York, New York  (webinar)

## *PUBLICATIONS*:

- Reese, Michael R.
  *"How to Become a Food Lawyer - A Smörgåsbord of Tips from a Seasoned Practitioner"*, *Environmental Law*, Vol. 49, No. 5, Illinois State Bar, May 2019

- Reese, Michael R.
  "*Food Based Country of Origin Litigation in the United States*",
  *Juriste International*, Union International des Advocats, July 19, 2018

- Reese, Michael R.
  *"Starting a Niche Food Law Practice"*
  *General Practitioner*¸ American Bar Association, December 2017

- Roberts, Michael T.; Turk, Whitney (Reese, Michael R. contributing section"
  *"Improving Effective Use of Class Action Litigation"*)
  "The Pursuit of Food Authenticity, Recommended Legal and Policy Strategies to Eradicate Economically Motivated Adulteration (Food Fraud)"
  *White Paper*, University of California at Los Angeles (UCLA) Resnick Program for Food Law and Policy, April 2017

- Reese, Michael R.
  *"Typical Claims and Defenses in Class Action Food Litigation"*
  *The Health Lawyer*, American Bar Association, April 2016

## **ORGANIZATIONS AND AFFILIATIONS**

Resnick Center, University of California School of Law  - Advisory Board Member

Wellness in the Schools ("WITS") – Advisory Board Member

Union International des Advocats – North American Counsel to Food Law Commission

Brooklyn Law School – Adjunct Professor