UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re NURTURE BABY FOOD LITIGATION**<br><br>**This Document Relates To:**<br><br>All Actions | Master File No. 1:21-CV-01217-MKV |

### NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF GIBBS LAW GROUP LLP, POLLOCK COHEN LLP, KOHN SWIFT & GRAF, P.C., AND LABATON SUCHAROW LLP AS INTERIM CLASS COUNSEL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 23(g) and the Court's order of August 30, 2021, Plaintiffs Myjorie Philippe, Alyssa Rose, Vanessa Inoa, Cassie Isza, Dawn Johnson, Helen Howard, Erik Lawrence, Rachel M. Frantz, and Marie Mezile ("Philippe Plaintiffs" or "Plaintiffs") hereby move, before the Honorable Mary Kay Vyskocil, United States District Court, Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 18C, New York, New York 10007-1312, for an order appointing Gibbs Law Group LLP, Pollock Cohen LLP, Kohn Swift & Graf, P.C., and Labaton Sucharow LLP as Interim Class Counsel, with Gibbs Law Group LLP, Pollack Cohen

LLP, and Kohn Swift & Graf, P.C. serving as Interim Co-Lead Class Counsel and Labaton Sucharow LLP serving as Interim Liaison Counsel.

The Motion is based on the accompanying Memorandum of Law, the accompanying Declarations of Rosemary M. Rivas, Christopher K. Leung, and William E. Hoese and the exhibits thereto, and any other such papers submitted to the Court before or at a hearing on the Motion.

Dated: September 28, 2021

Respectfully submitted,

**LABATON SUCHAROW LLP**

By: /s/ Michael P. Canty
  Michael P. Canty
  Carol C. Villegas
  140 Broadway New York, NY 10005
  Tel: (212) 907-0700
  Fax: (212) 818-0477
  Email: mcanty@labaton.com
  Email: cvillegas@labaton.com

  Rosemary M. Rivas (admitted *pro hac vice*)
  Mark Troutman* (admitted *pro hac vice*)
  Rosanne L. Mah (admitted *pro hac vice*)
  **GIBBS LAW GROUP LLP**
  505 14th Street, Suite 110
  Oakland, California 94612
  Telephone: (510) 350-9700
  Facsimile: (510) 350-9701
  Email: rmr@classlawgroup.com
  Email: mht@classlawgroup.com
  Email: rlm@classlawgroup.com
  *working from Ohio office

  Christopher K. Leung
  Max E. Rodriguez
  Alison Borochoff-Porte
  **POLLOCK COHEN LLP**
  60 Broad St., 24th Fl.
  New York, NY 10004
  Telephone: (917) 985-3995
  Email: Chris@PollockCohen.com
  Email: MRodriguez@PollockCohen.com
  Email: Alison@pollockCohen.com

2

Zahra R. Dean (5554191)
Joseph C. Kohn
William E. Hoese (admitted *pro hac vice*)
Aarthi Manohar
**KOHN, SWIFT & GRAF, P.C.**
1600 Market Street, Suite 2500
Philadelphia, PA 19103
Telephone: (215) 238-1700
Email:zdean@kohnswift.com
Email:jkohn@kohnswift.com
Email:whoese@kohnswift.com
Email:dabrahams@kohnswift.com
Email:amanohar@kohnswift.com

*Attorneys for Plaintiffs and the Proposed Class Members*