AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| In re NURTURE BABY FOOD LITIGATION ) <br> ) <br> ) <br> This Document Relates To: ) <br> Case No. 1:21-cv-08030-MKV ) | Master File No.: 1:21-cv-01217-MKV |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MEAGAN ALBERT et al.                                                                                                  .

Date:   09/28/2021                                                          /s/ Steven L. Bloch
*Attorney's signature*

STEVEN L. BLOCH (NY Bar No. 2510162)
*Printed name and bar number*
SILVER GOLUB & TEITELL LLP
184 ATLANTIC STREET
STAMFORD, CT 06901

*Address*

SBLOCH@SGTLAW.COM
*E-mail address*

(203) 325-4491
*Telephone number*

(203) 325-3769
*FAX number*