# SILVER GOLUB & TEITELL LLP

RICHARD A. SILVER
DAVID S. GOLUB
ERNEST F. TEITELL
JONATHAN M. LEVINE
PAUL A. SLAGER*
ANGELO A. ZIOTAS
PETER M. DREYER*
JENNIFER B. GOLDSTEIN*
STEVEN L. BLOCH***
JOAQUIN L. MADRY*
MICHAEL R. KENNEDY**
MARCO A. ALLOCCA
DANIEL S. JO****
IAN W. SLOSS*
ZACHARY RYNAR*
SARAH A. RICCIARDI****
NICOLE B. COATES
WILLIAM H. PRICE

OF COUNSEL
MARILYN J. RAMOS*
KATHLEEN L. BRANDT*

\*    ALSO ADMITTED IN NY
\*\*   ALSO ADMITTED IN MA AND RI
\*\*\*  ALSO ADMITTED IN NY AND PA
\*\*\*\* ALSO ADMITTED IN NY AND NJ

PLEASE REPLY TO MAIN OFFICE

MAIN OFFICE
THE HERITAGE BUILDING
184 ATLANTIC STREET
STAMFORD, CONNECTICUT 06901
TEL: (203) 325-4491
FAX: (203) 325-3769

HARTFORD OFFICE
GOODWIN SQUARE
225 ASYLUM STREET 15TH FLOOR
HARTFORD, CONNECTICUT 06103

DANBURY OFFICE
100 MILL PLAIN ROAD
DANBURY, CONNECTICUT 06811

WATERBURY OFFICE
21 WEST MAIN STREET
WATERBURY, CONNECTICUT 06702

WWW.SGTLAW.COM

September 28, 2021

**BY ECF**

Honorable Mary Kay Vyskocil
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   *In re Nurture Baby Food Litigation*, Case No. 21-cv-1217
               Notice of Filing of Motion to Appoint Interim Co-Lead Counsel

Dear Judge Vyskocil:

      We, along with co-counsel the Zigler Law Group, LLC, represent the plaintiffs in *Albert et al. v. Nurture, Inc.*, Case No. 1:21-cv-08030-MKV (the "Albert Action"), which was referred today to Your Honor as related to the above-captioned action. This letter provides notice that, in accordance with the Court's Consolidation Order (ECF No. 47), our Motion for Appointment as Interim Co-Lead Counsel Pursuant to Fed. R. Civ. P. 23(g) in this action was filed today in the Albert Action.

      Thank you for your consideration. We stand ready to provide any additional information or submit any additional filings that the Court requires.

      Respectfully submitted,

      /s/ Steven L. Bloch

      Steven L. Bloch

cc: All counsel of record (by ECF)