UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NURTURE BABY FOOD LITIGATION<br><br>This Document Relates to:<br><br>All Actions | Master File No.: 1:21-cv-01217-MKV |

### THE STEWART MOVANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF THEIR MOTION FOR LEAD COUNSEL

Plaintiffs Nicole Stewart, Shannon Fitzgerald, Summer Apicella, Jodi Smith, Lillian Hampton, Kelly McKeon, Jen Macleod, Tiffanie Skibicki, Angela Gutierrez, Edelin Altuve, Brandy Daniels, Diego Galeana, April Gillens, Jandrea Glenn, Elizabeth Hall, Savanna Jarrell, Laszlo Kovacs, Cori Lau, Michelle Lyles, Christina Martinson, Melissa Mejia, Chey'na Micciche, Julia Milton, Michael Morrow, Stacy Musto, Gladys Okolo, and Lidia Tilahun ("Stewart Movants"), by and through their undersigned counsel, respectfully file this Notice of Supplemental Authority. The authority attached hereto as Exhibit 1 January 12, 2022 Order Granting in Part and Denying in Part Motion to Dismiss and/or Stay, *In Re Plum Baby Food Litigation*, Case No. 4:21-cv-00913-YGR (N.D. Calif.) (the "Motion to Dismiss Order" or "Order"), further supports the Stewart Movants' Motion for Appointment of Interim Co-Lead Counsel and Executive Committee Pursuant to Federal Rule of Civil Procedure 23(g) [Docket 69].

Counsel for Stewart Movants recently received the Motion to Dismiss Order in a case nearly identical to this concerning nondisclosed Heavy Metals in baby food manufactured and sold by Plum Organics. The Order is a positive reflection on the litigation abilities of the Stewart Movants' counsel and proposed leadership slate that warrants their appointment to lead this consolidated action.

1

The Motion to Dismiss Order is directly relevant to the experience and knowledge of the Stewart Movants' counsel. With this Order, counsel have established that nondisclosed heavy metals in baby food is a matter ripe for litigation, and they have demonstrated experience successfully litigating these types of baby food cases. These facts further support counsels' leadership appointment here. Moreover, the Order exhibits counsel's ability to collaborate as a leadership group to advance litigation in favor of their clients.

In light of the Motion to Dismiss Order, Stewart Movants' respectfully file this Notice of Supplemental Authority.

Dated: January 18, 2022                              Respectfully submitted,

By: */s/ Rebecca A. Peterson*
Rebecca A. Peterson (admitted *pro hac vice*)
Robert K. Shelquist (admitted *pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile:  (612) 339-0981
E-Mail:     rapeterson@locklaw.com
            rkshelquist@locklaw.com


By: */s/ Lori G. Feldman*
Lori G. Feldman, Esq. (admitted in SDNY)
GEORGE GESTEN MCDONALD PLLC
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (561) 232-6002
Facsimile:  (888) 421-4173
E-Mail:     lfeldman@4-justice.com
E-Service:  eService@4-justice.com

David J. George (admitted *pro hac vice*)
Brittany Brown (admitted *pro hac vice*)
GEORGE GESTEN MCDONALD PLLC
9897 Lake Worth Road, Suite 302
Lake Worth, FL 33463
Telephone: (561) 232-6002
Facsimile:  (888) 421-4173
E-mail:     dgeorge@4-Justice.com
            bbrown@4-Justice.com
E-Service:  eService@4-justice.com

*Plaintiffs' Proposed Co-Lead Interim Counsel*

Janine L. Pollack (admitted in SDNY)
Michael Liskow (admitted in SDNY)
CALCATERRA POLLACK LLP
1140 Avenue of the Americas, 9th Floor
New York, NY 10036
Telephone: (917) 899-1765
Facsimile:  (332) 206-2073
E-Mail:     jpollack@calcaterrapollack.com
            mliskow@calcaterrapollack.com

Katherine Van Dyck (admitted *pro hac vice*)
CUNEO GILBERT & LADUCA, LLP
4725 Wisconsin Ave, NW, Suite 200
Washington, D.C. 20016
Telephone: (202) 789-3960
Facsimile:  (202) 789-1813
E-mail:     kvandyck@cuneolaw.com

Kara A. Elgersma (admitted *pro hac vice*)
WEXLER WALLACE, LLP
55 West Monroe, Suite 3300
Chicago, IL 60603
Telephone: (312) 346-2222
Facsimile:  (312) 346-0022
E-Mail:     kaw@wexlerwallace.com

Mark R. Rosen (admitted *pro hac vice*)
BARRACK RODOS & BACINE
2001 Market St., Suite 3300
Philadelphia, PA 19103
Telephone: (215) 963-0600
Facsimile:  (215) 963-0838
E-Mail:     mrosen@barrack.com

Eddie Jae K. Kim (to be admitted)
LYNCH CARPENTER LLP
117 East Colorado Blvd., Suite 600
Pasadena, CA 91105
Telephone: (626) 550-1250
E-Mail: ekim@carlsonlynch.com

***Plaintiffs' Proposed Executive Committee***

Catherine Sung-Yun K. Smith (admitted *pro hac vice*)
Daniel E. Gustafson (admitted *pro hac vice*)
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
E-Mail: csmith@gustafsongluek.com
dgustafson@gustafsongluek.com

Susana Cruz Hodge (admitted *pro hac vice*)
Joseph DePalma (admitted *pro hac vice*)
LITE DEPALMA GREENBERG & AFANADOR, LLC
570 Broad Street, Suite 1201
Newark, NJ 07102
Telephone: (973) 623-3000
Facsimile: (973) 623-0858
E-Mail: scruzhodge@litedepalma.com
jdepalma@litedepalma.com

Thomas A. Zimmerman, Jr. (admitted *pro hac vice*)
Sharon A. Harris (to be admitted)
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, IL 60602
Telephone: (312) 440-0020
Facsimile: (312) 440-4180
E-Mail: tom@attorneyzim.com
sharon@attorneyzim.com

***Attorneys for the Stewart Movants***

**Plaintiffs' Counsel Supporting This Motion:**

        Kevin Landau (to be admitted)
        Miles Greaves (to be admitted)
        TAUS, CEBULASH & LANDAU, LLP
        80 Maiden Lane, Suite 1204
        New York, NY 10038
        Telephone: (212) 931-0704
        E-Mail:    klandau@tcllaw.com
                      mgreaves@tcllaw.com

        Patrick Howard (to be admitted)
        SALTZ, MONGELUZZI, & BENDESKY, P.C.
        1650 Market Street, 52nd Floor
        Philadelphia, PA 19103
        Telephone: (215) 575-3895
        E-Mail:    phoward@smbb.com

        Matthew D. Schelkopf (to be admitted)
        Lori G. Kier (to be admitted)
        Davina C. Okonkwo (to be admitted)
        SAUDER SCHELKOPF
        1109 Lancaster Avenue
        Berwyn, PA 19312
        Telephone: (610) 200-0581
        E-Mail:    mds@sstriallawyers.com
                      lgk@sstriallawyers.com
                      dco@sstriallawyers.com

        ***Attorneys for Plaintiffs Lillian Hampton, Kelly McKeon and Jen MacLeod***

        Todd D. Carpenter (to be admitted)
        Scott G. Braden (to be admitted)
        LYNCH CARPENTER LLP
        1350 Columbia St., Ste. 603
        San Diego, CA 92101
        Telephone: (619) 762-1900
        Facsimile:  (619) 756-6991
        E-Mail:    tcarpenter@carlsonlynch.com
                      scott@lcllp.com

        Jeffrey K. Brown (to be admitted)
        Michael A. Tompkins (to be admitted)
        Brett R. Cohen (to be admitted)
        LEEDS BROWN LAW, P.C.
        One Old Country Road, Suite 347
        Carle Place, NY 11514
        Telephone: (516) 873-9550
        E-Mail: jbrownl@leedsbrownlaw.com
            mtompkins@leedsbrownlaw.com
            bcohen@leedsbrownlaw.com

        ***Attorneys for Plaintiff Tiffanie Skibicki***

        William J. Ban
        BARRACK, RODOS & BACINE
        Eleven Times Square
        640 8th Ave, 10th Floor
        New York, NY 10036
        Telephone: (212) 688-0782
        Facsimile: (212) 688-0783
        E-Mail: wban@barrack.com

        Stephen R. Basser (to be admitted)
        BARRACK, RODOS & BACINE
        600 West Broadway, Suite 900
        San Diego, CA 92101
        Telephone: (619) 230-0800
        Facsimile: (619) 230-1874
        E-Mail: sbasser@barrack.com

        ***Attorneys for Plaintiff Angela Gutierrez***