Law Offices
**PEARSON, SIMON & WARSHAW, LLP**
800 LASALLE AVENUE, SUITE 2150
MINNEAPOLIS, MINNESOTA 55402
(612) 389-0600
FAX (612) 389-0610
WWW.PSWLAW.COM

WRITER'S DIRECT CONTACT
(612) 389-0601
MWEINER@PSWLAW.COM

February 3, 2022

**VIA ECF**

Hon. Mary Kay Vyskocil

Re:   In Re: Nurture Baby Food Litigation
      Case No.:   1:21-cv-01217-MKV

Dear Judge Vyskocil:

I am counsel for Plaintiff Alyse Gothot. Pursuant to Rule 4.A.iii of the Court's *Individual Rules of Practice in Civil Cases*, along with co-counsel identified in the W-R Slate's Motion for Appointment of Interim Co-Lead Counsel and Executive Committee, ECF 73, I write to respectfully request permission to file a less than three page response to the Stewart Movants' Notice of Supplemental Authority, ECF 119.

Very truly yours,

PEARSON, SIMON & WARSHAW, LLP

*/s/ Melissa S. Weiner*

MELISSA S. WEINER

MSW/kaa