Law Offices
# Pearson, Simon & Warshaw, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, Minnesota 55402
(612) 389-0600
Fax (612) 389-0610
www.pswlaw.com

Writer's Direct Contact
(612) 389-0601
mweiner@pswlaw.com

February 3, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/3/2022
```

**VIA ECF**

Hon. Mary Kay Vyskocil

Re:   In Re: Nurture Baby Food Litigation
      Case No.:      1:21-cv-01217-MKV

Dear Judge Vyskocil:

I am counsel for Plaintiff Alyse Gothot. Pursuant to Rule 4.A.iii of the Court's *Individual Rules of Practice in Civil Cases*, along with co-counsel identified in the W-R Slate's Motion for Appointment of Interim Co-Lead Counsel and Executive Committee, ECF 73, I write to respectfully request permission to file a less than three page response to the Stewart Movants' Notice of Supplemental Authority, ECF 119.

Very truly yours,

PEARSON, SIMON & WARSHAW, LLP

*/s/ Melissa S. Weiner*

MELISSA S. WEINER

MSW/kaa

**Granted. SO ORDERED.**

Date:  2/3/2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge