USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/27/2022___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**In re: NURTURE BABY FOOD LITIGATION,**

This Document Relates To:    All Actions

Master File No.:1:21-cv-1217-MKV

SCHEDULING ORDER

---

MARY KAY VYSKOCIL, United States District Judge:

The Court directs counsel for all parties to appear for oral argument on Plaintiffs' Motion to Appoint Interim Lead Counsel, Interim Liaison Counsel, and an Interim Executive Committee on June 14, 2022 at 12:00 PM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

**Date:   April 27, 2022**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**