WORDEN THANE P.C.
ATTORNEYS AT LAW
Established in 1924

Donovan Worden, Sr. (1892 – 1967)
Donovan Worden, Jr. (1918 – 2001)
Jeremy G. Thane (1927 – 2016)

Ronald A. Bender
Martin S. King
Sean M. Morris
Reid J. Perkins
William E. McCarthy
Amy M. Scott Smith
Jesse C. Kodadek
Chris A. Johnson
(MT,WA)

Dana L. Hupp
Martin Rogers
Brand G. Boyar
Natalie L. Black
Elizabeth W. Erickson
Jennifer Shannon
Dillon Kato
Erika D. Colstad

May 25, 2022

*Via ECF*
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
New York, NY 10007-1317

> Re: *Williams v. Nurture, Inc. et. al*, 1:21-cv-06918-MKV
> Related case: *In re Nurture Baby Food Litigation*, 1:21-cv-01217-MKV
> This Document Relates to: All Actions
> **Motion to Appear via Video**

Dear Judge Vyskocil,

I am writing to request that counsel for Plaintiff Caitlin Williams be allowed to appear by video at the hearing for oral argument on Plaintiffs' Motion to Appoint Interim Lead Counsel, Interim Liason Counsel, and Interim Executive Committee, set for June 14, 2022 at 12:00 p.m. If the Court would prefer, counsel could also appear telephonically.

Williams' counsel is not requesting appointment to any of the above-referenced positions, nor has Williams filed any motions regarding the appointment of those positions. Accordingly, no parties would be prejudiced if this motion is granted. Thank you for your attention to this matter.

Respectfully Submitted,

/s/ Martin Rogers
Martin Rogers
Worden Thane, P.C.
*Attorneys for Plaintiff Caitlin Williams*

cc: Counsel of record (via ECF)

321 West Broadway, Suite 300 | Missoula, MT 59802 | (406) 721-3400 | www.wordenthane.com   MERITAS LAW FIRMS WORLDWIDE