# ZIMMERMAN LAW OFFICES, P.C.

77 West Washington Street
Suite 1220
Chicago, Illinois 60602
Telephone (312) 440-0020
Facsimile (312) 440-4180

www.attorneyzim.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__5/31/2022__

May 31, 2022

**VIA ECF**
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 18C
New York, NY 10007-1317

    **Re:**    Master File No. 1:21-cv-01217-MKV
              This Document Relates To: Case No. 1:21-cv-06678-MKV, Altuve
              **Motion to Appear Virtually on June 14, 2022**

Dear Judge Vyskocil:

I am writing to request that counsel for Plaintiffs Edelin Altuve, et al. be allowed to appear virtually, via video or telephone, at the hearing for oral argument on Plaintiffs' Motion to Appoint Interim Lead Counsel, Interim Liaison Counsel, and an Interim Executive Committee, set for June 14, 2022 at 12:00 p.m.

Altuve, et al.'s counsel is not requesting appointment to any of the above-referenced positions, nor has Altuve, et al. filed any motions regarding the appointment of those positions. Accordingly, no parties would be prejudiced if this motion is granted.

Thank you for your attention to this matter.

Respectfully Submitted,

/s/*Thomas A. Zimmerman, Jr.*
Thomas A. Zimmerman, Jr.
ZIMMERMAN LAW OFFICES, P.C.
*Attorneys for Plaintiffs Edelin Altuve, et al.*

cc: Counsel of record, via ECF

**GRANTED IN PART. The Court will separately provide counsel with the dial-in information for the hearing. SO ORDERED.**

Date: __5/31/2022__
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge