

Michael P. Canty
Partner
212 907 0863 direct
212 907 0700 main
212 883 7524 fax
mcanty@labaton.com

New York Office
140 Broadway
New York, NY 10005

June 16, 2022

**VIA ELECTRONIC MAIL:**

Honorable Mary Kay Vyskocil
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007-1312
Email: VyskocilNYSDChambers@nysd.uscourts.gov

Re:  *In Re: Nurture Baby Food Litigation,* Case No. 1:21-cv-01217-MKV

Dear Judge Vyskocil:

Our firm, together with co-counsel,[1] represents Plaintiffs Myjorie Philippe, Alyssa Rose, Vanessa Inoa, Cassie Isza, Dawn Johnson, Helen Howard, Erik Lawrence, Rachael M. Frantz, and Marie Mezile (*hereinafter* "the Philippe Plaintiffs") in the above-referenced action.

Pursuant to this Court's direction at the June 14, 2022 conference, please find enclosed a copy of each Plaintiff's confidential retainer agreement with counsel. These agreements are being provided in support of the Philippe Plaintiffs' motion for appointment as interim class and liaison counsel. *See* ECF Nos. 85–90, 109. (Please note that counsel have also been retained by other parents who bought Nurture's baby food products who were not included as named/lead plaintiffs in the initial complaint but would be included in a consolidated complaint. Those retainers are not attached here but contain materially similar language.)

If this Court has additional questions, we would be more than happy to address them.

Respectfully submitted,

*/s/ Michael P. Canty*

Michael P. Canty

Encl.:  Confidential Retainer Agreements
cc:  All counsel via ECF (without enclosures)

---

[1] Gibbs Law Group LLP, Pollock Cohen, LLP and Kohn, Swift & Graf, P.C.