# REESE LLP

New York, New York ▪ Minneapolis, Minnesota ▪ Los Angeles, California

**Via Email**  June 16, 2022
Honorable Mary Kay Vyskocil
United States Judge
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, New York 10007
Email: *VyskocilNYSDChambers@nysd.uscourts.gov*

      Re: *In re Nurture Baby Food Litigation*,
         Case No. 1:21-cv-01217-MKV

Dear Judge Vyskocil:

    I am one of the proposed interim co-lead class counsel from the W-R Slate.

    As requested by Your Honor during the June 14, 2022 hearing regarding appointment of interim counsel for the proposed classes in the above-referenced matter, we hereby submit via Your Honor's email our clients' retainer agreements to Your Honor for in camera review. We appreciate Your time and attention to this matter.

                                 Respectfully submitted,

                                 Michael R. Reese

100 West 93rd Street  •  Sixteenth Floor  •  New York, New York  10025

www.reesellp.com • Telephone: (212) 643-0500 • Facsimile: (212) 253-4272