# **EXHIBIT 1**

**HappyBABY Jars**

<u>Clearly Crafted</u>: (1) Apples, Mangos & Beets; (2) Bananas & Strawberries; (3) Bananas & Sweet Potatoes; (4) Apples, Oats, & Cinnamon; (5) Sweet Potatoes; (6) Apples & Blueberries; (7) Pears, Pineapple & Avocado; (8) Pears & Kale; (9) Pears & Prunes; (10) Apples & Spinach; (11) Carrots & Peas; (12) Green Beans; (13) Bananas, Blueberries & Beets; and (14) Carrots.

**HappyBABY Pouches**

<u>Clearly Crafted</u>: (1) Green Beans, Spinach & Pears; (2) Pears, Squash & Blackberries; (3) Apples, Kale & Avocados; (4) Bananas, Plums & Granola; (5) Bananas, Sweet Potatoes & Papayas; (6) Prunes; (7) Pears, Kale & Spinach; (8) Bananas, Pineapple, Avocado & Granola; (9) Zucchini, Apples, Peas, Quinoa & Basil; (10) Apples, Pumpkin & Carrots; (11) Purple Carrots, Bananas, Avocados & Quinoa; (12) Peas, Bananas & Kiwi; (13) Sweet Potatoes, Mangos & Carrot; (14) Bananas, Raspberries & Oats; (15) Black Beans, Beets & Bananas; (16) Squash, Pears & Apricots; (17) Carrots, Strawberries & Chickpeas; (18) Apples, Sweet Potatoes & Granola; (19) Pears, Pumpkin, Peaches & Granola; (20) Pears, Pumpkin & Passion Fruit; (21) Apples, Blueberries & Oats; (22) Apples, Guavas & Beets; (23) Mangos; and (24) Pears, Zucchini & Peas.

<u>Hearty Meals</u>: (1) Vegetable & Beef Medley with Quinoa; (2) Root Vegetables & Turkey with Quinoa; and (3) Harvest Vegetables & Chicken with Quinoa.

<u>Organic & Regenerative</u>: (1) Pear, Raspberries & Oats; (2) Apples & Carrots; (3) Apples, Kale & Oats; and (4) Pears, Squash & Oats.

<u>Brain Support Blends</u>: (1) Bananas, Spinach, Passion Fruit & Oats and (2) Apples, Purple Carrots & Guava.

<u>Nutty Blends</u>: (1) Bananas & Peanut Butter; (2) Pears & Cashew Butter; (3) Bananas & Almond Butter; and (4) Apples & Walnut Butter.

<u>Savory Blends</u>: (1) Squash, Chickpeas & Spinach with Avocado Oil & Sage; (2) Sweet Potatoes with Olive Oil & Rosemary; (3) Broccoli & Carrots with Olive Oil & Garlic; (4) Purple Carrot & Cauliflower with Avocado Oil & Oregano; (5) Stage 3 Free-Range Turkey, Harvest Vegetables & Quinoa Skillet; (6) Stage 3 Free-Range Chicken, Vegetable & Quinoa Fiesta; and (7) Stage 3 Grass-Fed Beef, Market Vegetables & Quinoa Stew.

<u>Simple Combos</u>: (1) Bananas, Beets & Blueberries; (2) Pears, Mangos & Spinach; (3) Pears, Peas & Broccoli; and (4) Apples, Spinach & Kale.

**HappyBABY Snacks**

<u>Puffs</u>: (1) Strawberry & Beet; (2) Apple & Broccoli; (3) Purple Carrot & Blueberry; (4) Kale & Spinach; (5) Banana & Pumpkin; and (6) Sweet Potato & Carrot.

<u>Teethers</u>: (1) Pea & Spinach; (2) Sweet Potato & Banana; and (3) Blueberry & Purple Carrot.

Yogis: (1) Banana & Mango; (2) Mixed Berry; and (3) Strawberry.

Greek Yogis: (1) Strawberry Banana and (2) Blueberry & Purple Carrot.

Made Simple Baking Mixes: (1) Apple, Carrot & Cinnamon Muffin Mix and (2) Pancake & Waffle Mix.

Teether Crackers: (1) Mango & Pumpkin and (2) Strawberry & Beet.

Snackers: (1) Creamy Spinach & Carrot; (2) Vegan Cheddar & Broccoli; and (3) Tomato & Basil.

Creamies: (1) Strawberry, Raspberry & Carrot and (2) Apples, Spinach, Pea & Kiwi.

Rice Cakes: (1) Blueberry & Beet and (2) Apple.

**HappyBABY Bowls**

Advancing Texture: (1) Pumpkin & Tomato Paella Puree with Chopped Squash & Orzo and (2) Sweet Potato & Coconut Curry Puree with Diced Potatoes, Cauliflower & Spinach.

**HappyBABY Baby Cereal**

Clearly Crafted: (1) Oatmeal Cereal and (2) Oats & Quinoa Cereal.

**HappyTOT Pouches**

Fiber & Protein: (1) Pears, Kiwi & Kale; (2) Pears, Blueberries & Spinach; (3) Pears, Peaches, Pumpkin & Apples; and (4) Pears, Raspberries, Carrots & Butternut Squash.

Super Morning: (1) Apples, Cinnamon, Yogurt & Oats; (2) Bananas, Blueberries, Yogurt & Oats; (3) Bananas, Dragonfruit, Coconut milk, Oats & Chia; (4) Apples, Acai, Coconut milk, Oats & Chia; (5) Bananas, Blueberries, Yogurt & Oats; and (6) Give Back Variety Pack.

Superfoods: (1) Pears, Bananas, Sweet Potato, Pumpkin & Chia; (2) Apples, Spinach, Peas, Broccoli & Chia; (3) Bananas, Peaches, Mangos & Chia; (4) Apples, Butternut Squash & Chia; (5) Apples, Mangos, Kale & Chia; (6) Pears, Green Beans, Peas & Chia; (7) Pears, Mangos, Spinach & Chia; (8) Pears, Beets, Blueberries & Chia; and (9) Apples, Sweet Potatoes, Carrots, Cinnamon & Chia.

Love My Veggies: (1) Bananas, Beets, Squash & Blueberries; (2) Zucchini, Pears, Chickpeas & Kale; (3) Spinach, Apples, Sweet Potatoes & Kiwi; and (4) Carrots, Bananas, Mangos & Sweet Potatoes.

Super Bellies: (1) Variety Pack; (2) Pears, Beets & Blackberries; (3) Bananas, Carrots & Strawberries; and (4) Bananas, Spinach & Blueberries.

Super Smart: (1) Bananas, Beets & Strawberries and (2) Bananas, Mangos & Spinach.

Oatmilk Pudding: (1) Oatmilk, Bananas & Sweet Potatoes; (2) Oatmilk, Bananas & Blueberries; and (3) Oatmilk, Mangos, Pineapple & Coconut Milk.

**HappyTOT Snacks**

Fruity Sticks: (1) Strawberry and (2) Banana & Mango.

Super Smart: (1) Cinnamon & Sweet Potato + Flaxseed Multi-Grain ABC Cookies and (2) Tot Super Smart Vanilla Oat + Flaxseed Multi-Grain ABC Cookies.

**HappyTOT Bowls**

Mealtime: (1) Mac & Cheese; (2) Veggies & Wild Rice; (3) Cheesy Lentils & Quinoa; (4) Cheese & Spinach Ravioli; (5) Turkey Bolognese; (6) Squash Ravioli; and (7) Beef & Quinoa Fiesta.

Super Morning: (1) Oatmeal + Sprouted Quinoa, Bananas & Strawberries and (2) Oatmeal + Sprouted Quinoa, Apples & Blueberries.

Love My Veggies: (1) Squash Ravioli and (2) Cheese & Spinach Ravioli.

**HappyTOT Bars**

Fiber & Protein: (1) Apples & Spinach Oat Bar and (2) Bananas & Carrots Oat Bar.

Superfoods: (1) Blueberries & Oatmeal Oat Bar and (2) Bananas, Strawberries & Sunflower Butter Oat Bar.