

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Colleen C. Gulliver
colleen.gulliver@dlapiper.com
T   212.335.4737
F   917.778.8037

November 21, 2022

**VIA ECF**
The Honorable Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

**Re:**   *In re Nurture Baby Food Litigation*; Case No. 1:21-cv-01217
   **Request for Oral Argument**

Dear Judge Vyskocil:

    We represent defendant Nurture, LLC ("Nurture") in the above-referenced case. Pursuant to Rule 4(A)(vii) of your Individual Rules of Practice in Civil Cases, we write to respectfully request oral argument on Nurture's Motion to Dismiss, which was filed today.

                          Respectfully submitted,

                          Colleen Carey Gulliver

cc:  All counsel of record via ECF