

**GEORGE GESTEN MCDONALD, PLLC**
102 Half Moon Bay Drive
Croton-on-Hudson, New York 10520
Toll Free: (833) FIND-JUSTICE
(833) 346-3587
(917) 983-9321
Fax: (888) 421-4173

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 12/19/2022

**VIA ECF FILING**

December 19, 2022

VIA ECF
Hon. Mary Kay Vyskocil
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *In re Nurture Baby Food Litigation*, Case No. 1:21-cv-01217-MKV

Dear Judge Vyskocil:

    We are Plaintiffs' Interim Co-Lead Counsel in the above-referenced proposed class action. On November 21, 2022, defendant Nurture, Inc. filed its motion and papers in support thereof to dismiss ("Motion to Dismiss") (Dkt. 162) the Consolidated Class Action Complaint. In opposing the Motion to Dismiss, Plaintiffs will be making a Motion to Strike the Declaration of Nera Begu (Dkt. 165) ("Motion to Strike") submitted by Defendant in support of the Motion to Dismiss.

    We are writing in accordance with Your Honor's Individual Rules of Practice in Civil Cases, to respectfully request that Your Honor waive the pre-motion conference requirement (if any) for the Motion to Strike. Defendant consents to Plaintiffs' request to waive any such requirement.

    We are also writing to respectfully request Your Honor's approval of the briefing schedule for the Motion to Strike, which the Parties have agreed, with the Court's approval, to brief concurrently with the Motion to Dismiss as follows:

- **Plaintiffs File Motion to Strike: January 5, 2023** (due date for Opposition to the Motion to Dismiss)

Hon. Mary Kay Vyskocil
United States District Court Judge
Southern District of New York
Page 2

- **Defendant Files Opposition to Motion to Strike: January 19, 2023**

- **Plaintiffs File Reply to Opposition: January 26, 2023** (due date for the Reply to the Motion to Dismiss).

Thank you for the Court's consideration.

                    Respectfully submitted,

                    /s/ Lori G. Feldman

                    Lori G. Feldman (George Gesten Firm)

                    /s/ Rebecca A. Peterson

                    Rebecca A. Peterson (Lockridge Firm)

cc: Counsel for all parties via ECF

---

**Granted. SO ORDERED.**

Date: 12/19/2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge