UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NURTURE BABY FOOD LITIGATION </br></br> This Document Relates to: </br> ALL ACTIONS | ) ) ) ) ) ) ) ) )   Master File: 1:21-cv-01217-MKV |

## NOTICE OF SUPPLEMENTAL AUTHORITY

PLEASE TAKE NOTICE that Plaintiffs respectfully bring the following Supplemental Authority consisting of an Order entered on March 1, 2024, by the Hon. Analisa Torres in *Levy v. Hu Products LLC*, *et al*, No. 23 Civ. 1381- AT (S.D.N.Y.) [Docket 65], to the attention of the Court. This Supplemental Authority is in support of Plaintiffs' Opposition to Defendant Nurture's Motion to Dismiss the Consolidated Class Action Complaint [Docket 162], which is under submission. The Order is attached hereto as Exhibit 1.

Dated: March 5, 2024

GEORGE FELDMAN McDONALD, PLLC

By: /s/ *Lori. G. Feldman*
Lori G. Feldman, Esq. (admitted in SDNY)
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Telephone: (917) 983-9321
Facsimile: (888) 421-4173
E-Mail: lfeldman@4-justice.com
E-Service: eService@4-justice.com

By: /s/ *Rebecca A. Peterson*
Rebecca A. Peterson (admitted *pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-Mail: rapeterson@locklaw.com

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 5, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                              */s/ Lori G. Feldman*
                                              Lori G. Feldman, Esq.