USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re NURTURE BABY FOOD LITIGATION**<br><br>This document relates to:<br><br>ALL ACTIONS | 1:21-cv-01217-MKV<br><br>**ORDER ADMINISTRATIVELY<br>CLOSING MEMBER CASES** |

MARY KAY VYSKOCIL, United States District Judge:

On August 30, 2021, The Court consolidated sixteen then-pending individual actions into the above-captioned consolidated case (the "Consolidated Action"). [ECF No. 47]. Two additional related cases were later consolidated. [ECF Nos. 48, 106]. Accordingly, the Consolidated Action comprises a total eighteen member cases (the "Member Cases").

Because all Member Cases are now maintained under Case No. 1:21-cv-01217-MKV, the Clerk of Court is respectfully requested to administratively close the Member Cases:

1:21-cv-01473-MKV

1:21-cv-01534-MKV

1:21-cv-01882-MKV

1:21-cv-02101-MKV

1:21-cv-02129-MKV

1:21-cv-02553-MKV

1:21-cv-03499-MKV

1:21-cv-04997-MKV

1:21-cv-05344-MKV

1:21-cv-05748-MKV

1:21-cv-06632-MKV

1:21-cv-06678-MKV

1:21-cv-06861-MKV

1:21-cv-06918-MKV

1:21-cv-01271-MKV

1:21-cv-07283-MKV

1:21-cv-08030-MKV

1:22-cv-05402-MKV

The filing of any pleading applicable to some, but not all, Member Cases shall be filed in accordance with the procedure outlined in the Court's Consolidation Order.  [*See* ECF No. 47 ¶ 7].

**SO ORDERED.**

**Date:  March 27, 2024**
**New York, NY**

*[signature]*
**MARY KAY VYSKOCIL**
**United States District Judge**