```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**In re NURTURE BABY FOOD LITIGATION**

This document relates to:

ALL ACTIONS

1:21-cv-01217-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On May 7, 2024, pursuant to an Order of the Court [ECF No. 219], Defendant Nurture, LLC filed a letter informing the Court of its intent to move to dismiss Plaintiffs' First Amended Consolidated Class Action Complaint ("FACC") [ECF No. 214] and to file new briefing in support of such motion, rather than rest on or supplement its briefing submitted in connection with its prior motion to dismiss. [ECF No. 221]. Defendant further requests that the Court waive its requirement that Defendant file a letter requesting a pre-motion conference as to its motion to dismiss.

IT IS HEREBY ORDERED that Defendant is not required to file a pre-motion letter to request leave to file a motion to dismiss the FACC. IT IS FURTHER ORDERED that Defendant is GRANTED leave to file a motion to dismiss the FACC and to file new briefing in connection therewith. The briefing schedule for Defendant's motion shall be as follows: motion due May 24, 2024; opposition due June 7, 2024; reply due June 14, 2024.

**SO ORDERED.**

**Date:  May 9, 2024**
      **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**