UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re NURTURE BABY FOOD LITIGATION**<br><br>This document relates to:<br><br>ALL ACTIONS | Case No. 1:21-cv-01217-MKV |

**DECLARATION OF COLLEEN M. GULLIVER IN SUPPORT OF DEFENDANT NURTURE, LLC'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

COLLEEN M. GULLIVER declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1.  I am a partner at the law firm of DLA Piper LLP (US) ("DLA Piper"), counsel for Defendant Nurture, LLC ("Nurture") in this matter. I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto. I submit this declaration in support of Nurture's Motion to Dismiss Plaintiffs' First Amended Consolidated Class Action Complaint in the above-captioned action.

2.  Attached hereto as **Exhibit 1** is a true and correct chronology summation of the FDA's "Closer to Zero" initiative, which are reflected in Exhibits 2 through 59.

3.  Attached hereto as **Exhibit 2** is a true and correct copy of an FDA Constituent Update, "FDA Response to Questions About Levels of Toxic Elements in Baby Food, Following Congressional Report," dated February 16, 2021, and available on the FDA's public website at https://www.fda.gov/food/cfsan-constituent-updates/fda-response-questions-about-levels-toxic-elements-baby-food-following-congressional-report.

1

4. Attached hereto as **Exhibit 3** is a true and correct copy of an FDA Constituent Update, "FDA Letter to Industry on Chemical Hazards, including Toxic Elements, in Food and Update on FDA Efforts to Increase the Safety of Foods for Babies and Young Children," dated March 5, 2021, and available on the FDA's public website at https://www.fda.gov/food/cfsan-constituent-updates/fda-letter-industry-chemical-hazards-including-toxic-elements-food-and-update-fda-efforts-increase.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a United States Food and Drug Administration ("FDA") Statement, "FDA Announces New Actions Aimed at Further Reducing Toxic Elements in Food for Babies, Young Children," dated March 5, 2021, and available on the FDA's public website at https://www.fda.gov/news-events/press-announcements/fda-announces-new-actions-aimed-further-reducing-toxic-elements-food-babies-young-children.

6. Attached hereto as **Exhibit 5** is a true and correct copy of an FDA Statement, "FDA Releases Action Plan for Reducing Exposure to Toxic Elements from Foods for Babies, Young Children," dated April 8, 2021, and available on the FDA's public website at https://www.fda.gov/news-events/press-announcements/fda-releases-action-plan-reducing-exposure-toxic-elements-foods-babies-young-children.

7. Attached hereto as **Exhibit 6** is a true and correct copy of an FDA Constituent Update, "FDA Shares Action Plan for Reducing Exposure to Toxic Elements from Foods for Babies and Young Children," dated April 8, 2021, and available on the FDA's public website at https://www.fda.gov/food/cfsan-constituent-updates/fda-shares-action-plan-reducing-exposure-toxic-elements-foods-babies-and-young-children.

8. Attached hereto as **Exhibit 7** is a true and correct copy of an FDA webpage, "Metals and Your Food," current as of April 8, 2021, and available on the FDA's public website at https://www.fda.gov/food/chemical-contaminants-metals-pesticides-food/metals-and-your-food.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a transcript of a speech, "FDA Acting Commissioner Janet Woodcock to the FDLI Annual Conference," dated May 18, 2021, and available on the FDA's public website at https://www.fda.gov/news-events/speeches-fda-officials/remarks-fda-acting-commissioner-janet-woodcock-fdli-annual-conference-05182021.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the FDA's "Public Calendar: June 6-12, 2021," available on the FDA's public website at https://www.fda.gov/news-events/public-calendar-meetings-fda-officials/public-calendar-june-6-12-2021.

11. Attached hereto as **Exhibit 10** is a true and correct copy of an FDA webpage, "FDA's Budget: Maternal and Infant Health and Nutrition," current as of June 24, 2021, and available on the FDA's public website at https://www.fda.gov/news-events/fda-voices/fdas-budget-maternal-and-infant-health-and-nutrition.

12. Attached hereto as **Exhibit 11** is a true and correct copy of an article, "IFT First: FDA official weighs in on heavy metals in baby food… Congressional Subcommittee report 'shocked and confused parents of young children,'" dated July 21, 2021, and available on the Food Navigator-USA's public website at https://www.foodnavigator-usa.com/Article/2021/07/21/IFT-FIRST-FDA-official-weighs-in-on-heavy-metals-in-baby-food.

13. Attached hereto as **Exhibit 12** is a true and correct copy of a United States Senate Committee on Appropriations' webpage titled, "Agriculture, Rural Development, Food and Drug

3

Administration, and Related Agencies Appropriations Act, 2022," dated August 2, 2021, and available on the United States Senate Committee on Appropriations' public website at https://www.appropriations.senate.gov/news/majority/summary-agriculture-rural-development-food-and-drug-administration-and-related-agencies-appropriations-act-2022.

14. Attached hereto as **Exhibit 13** is a true and correct copy of an FDA Constituent Update titled, "FDA Announces First Closer to Zero Action Plan Public Meeting," current as of October 8, 2021, and available on the FDA's public website at https://www.fda.gov/food/cfsan-constituent-updates/fda-announces-first-closer-zero-action-plan-public-meeting.

15. Attached hereto as **Exhibit 14** is a true and correct copy of an FDA Constituent Update, "FDA Issues Updated Advice about Eating Fish," dated October 28, 2021, and available on the FDA's public website at https://www.fda.gov/food/cfsan-constituent-updates/fda-issues-updated-advice-about-eating-fish.

16. Attached hereto as **Exhibit 15** is a true and correct copy of a transcript from a public meeting held by the FDA, "Closer to Zero Action Plan: Impacts of Toxic Element Exposure and Nutrition at Different Crucial Developmental Stages for Babies and Young Children," dated November 18, 2021, and available on the FDA's public website at https://www.fda.gov/media/155396/download.

17. Attached hereto as **Exhibit 16** is a true and correct copy of the biographies for the speakers and panelists at FDA's November 18, 2021 public meeting regarding its Closer to Zero Action Plan, available on the FDA's public website at https://www.fda.gov/media/154068/download.

18. Attached hereto as **Exhibit 17** is a true and correct copy of an FDA webpage, "SOT FDA Colloquia on Emerging Toxicological Science: Challenges in Food and Ingredient

Safety," dated December 1, 2021, and available on the Society of Toxicology's public website at https://www.toxicology.org/events/shm/fda/FDAColloquia-2021-Dec1.asp.

19. Attached hereto as **Exhibit 18** is a true and correct copy of an FDA webpage, "Webcast Closer to Zero," dated December 9, 2021, and available on the FDA's public website at https://fda.zoomgov.com/rec/play/_fxPPhDhoNAsdSb7ltirorQamD9lEun0ScGd-wplwAdkvy6YxLJGnV-TAZaSZju2aNKQZFOjAGin9Uh3.V4An5_1J6-s7XOoi?continueMode=true. For ease of reference, the audio transcript is included below the webpage printout.

20. Attached hereto as **Exhibit 19** is a true and correct copy of an FDA webpage, "Food Program Guidance Under Development," current as of September 6, 2022, and available on the FDA's public website at https://www.fda.gov/food/guidance-documents-regulatory-information-topic-food-and-dietary-supplements/foods-program-guidance-under-development.

21. Attached hereto as **Exhibit 20** is a true and correct copy of an FDA article, "Closer to Zero: FDA's action plan to lower toxic elements in baby foods," dated March 1, 2022, and available on the FDA's public website at https://www.fda.gov/media/156948/download.

22. Attached hereto as **Exhibit 21** is a true and correct copy of an FDA article, "Improving Nutrition to Turn the Tide on Diet-Related Chronic Disease," dated March 24, 2022, and available on the FDA's public website at https://www.fda.gov/news-events/fda-voices/improving-nutrition-turn-tide-diet-related-chronic-disease.

23. Attached hereto as **Exhibit 22** is a true and correct copy of a transcript of a speech, "Leslie Kux Deputy Center Director for Regulatory Policy, Nutrition, and Engagement, Center for Food Safety and Applied Nutrition to the Food and Drug Law Institute (FDLI)," dated March 30, 2022, available on the FDA's public website at https://www.fda.gov/news-

events/speeches-fda-officials/remarks-leslie-kux-deputy-center-director-regulatory-policy-nutrition-and-engagement-center-food.

24. Attached hereto as **Exhibit 23** is a true and correct copy of an FDA webpage, "Closer to Zero: Action Plan for Baby Foods," current as of April 12, 2024, and available on the FDA's public website at https://www.fda.gov/food/environmental-contaminants-food/closer-zero-reducing-childhood-exposure-contaminants-foods.

25. Attached hereto as **Exhibit 24** is a true and correct copy of a report, "USDA NIFA Workshop on Toxic Elements in Food: Identification of Critical Knowledge Gaps to Ensure a Safe Food Supply, dated April 4-5, 2022, and available on Connecticut's Official State Website at https://portal.ct.gov/-/media/caes/documents/publications/press_releases/2022/october-20/nifa-c2z-workshop-full-report_toxic-elements-in-food.pdf.

26. Attached hereto as **Exhibit 25** is a true and correct copy of the FDA's "Public Calendar: April 3-9, 2022," available on the FDA's public website at https://www.fda.gov/news-events/public-calendar-meetings-fda-officials/public-calendar-april-3-9-2022.

27. Attached hereto as **Exhibit 26** is a true and correct copy of an FDA Guidance Document, "Draft Guidance for Industry: Action Levels for Lead in Juice," dated April 2022, and available on the FDA's public website at https://www.fda.gov/media/157949/download.

28. Attached hereto as **Exhibit 27** is a true and correct copy of the agenda from the United States Department of Agriculture and FDA's joint public meeting, "Closer to Zero: Impacts of Toxic Element Exposure and Nutrition in the Food System," dated April 27, 2022.

29. Attached hereto as **Exhibit 28** is a true and correct copy of an FDA webpage, "Arsenic in Food and Dietary Supplements," current as of April 27, 2022, and available on the

6

FDA's public website at https://www.fda.gov/food/metals-and-your-food/arsenic-food-and-dietary-supplements.

30. Attached hereto as **Exhibit 29** is a true and correct copy of a webpage to an FDA research article, "Assessment of the effects of organic vs. inorganic arsenic and mercury in Caenorhabditis elegans," dated May 8, 2022, and available on the National Library of Medicine's public website at https://pubmed.ncbi.nlm.nih.gov/35602005/.

31. Attached hereto as **Exhibit 30** is a true and correct copy of a Joint Institute for Food Safety and Applied Nutrition's ("JIFSAN") webpage, "JIFSAN-CFS3 Advisory Council Virtual Annual Symposium: Understanding of the Impact of Arsenic, Cadmium, and Lead Across the Food Supply," dated May 25-26, 2022, and available on JIFSAN's public website at https://jifsan.umd.edu/events/webinar-annual-2022.

32. Attached hereto as **Exhibit 31** is a true and correct copy of a webpage to an FDA research article, "A scoping review of infant and children health effects associated with cadmium exposure," dated June 2022, and available on the National Library of Medicine's public website at https://pubmed.ncbi.nlm.nih.gov/35257832/.

33. Attached hereto as **Exhibit 32** is a true and correct copy of an FDA webpage, "Stakeholder Webinar on the Draft Guidance for Industry on Action Levels for Lead in Juice," dated June 28, 2022, and available on the FDA's public website at https://www.fda.gov/food/workshops-meetings-webinars-food-and-dietary-supplements/stakeholder-webinar-draft-guidance-industry-action-levels-lead-juice-06142022, along with the speaker biographies and transcript hyperlinked on the FDA webpage.

34. Attached hereto as **Exhibit 33** is a true and correct copy of an FDA webpage, "Lead in Food, Foodwares, and Dietary Supplements," current as of June 29, 2022, and available

7

on the FDA's public website at https://www.fda.gov/food/metals-and-your-food/lead-food-foodwares-and-dietary-supplements#:~:text=Lead%20is%20especially%20harmful%20to,the%20brain%20and%20nervous%20system.

35. Attached hereto as **Exhibit 34** is a true and correct copy of an FDA Constituent Update, "FDA Releases New Total Diet Study Report," current as of July 15, 2022, and available on the FDA's public website at https://www.fda.gov/food/cfsan-constituent-updates/fda-releases-new-total-diet-study-report.

36. Attached hereto as **Exhibit 35** is a true and correct copy of the FDA's research article, "Updated interim reference levels for dietary lead to support FDA's Closer to Zero action plan," dated August 2022, and available on ScienceDirect's public website at https://www.sciencedirect.com/science/article/pii/S0273230022000897?via%3Dihub.

37. Attached hereto as **Exhibit 36** is a true and correct copy of a webpage to an FDA research article, "Cadmium physiologically based pharmacokinetic (PBPK) models for forward and reverse dosimetry: Review, evaluation, and adaptation to the U.S. population," dated August 15, 2022, and available on the National Library of Medicine's public website at https://pubmed.ncbi.nlm.nih.gov/35901988/.

38. Attached hereto as **Exhibit 37** is a true and correct copy of a webpage to an FDA research article, "Modeling the risk of low bone mass and osteoporosis as a function of urinary cadmium in U.S adults aged 50-79 years," dated September 2022, and available on the National Library of Medicine's public website at https://pubmed.ncbi.nlm.nih.gov/35436451/.

39. Attached hereto as **Exhibit 38** is a true and correct copy of a webpage to an FDA research article, "A systematic review of adverse health effects associated with oral cadmium

exposure," dated October 2022, and available on the National Library of Medicine's public website at https://pubmed.ncbi.nlm.nih.gov/35981600/#full-view-affiliation-1.

40. Attached hereto as **Exhibit 39** is a true and correct copy of an FDA Constituent Update, "FDA and Federal Partners Launch Study on the Role of Seafood Consumption in Child Growth and Development," dated October 11, 2022, and available on the FDA's public website at https://www.fda.gov/food/cfsan-constituent-updates/fda-and-federal-partners-launch-study-role-seafood-consumption-child-growth-and-development.

41. Attached hereto as **Exhibit 40** is a true and correct copy of a transcript of a speech, "Remarks by Susan Mayne, Director of the Center for Food Safety and Applied Nutrition at the National Food Policy Conference," dated October 12, 2022, and available on the FDA's public website at https://www.fda.gov/news-events/speeches-fda-officials/remarks-susan-mayne-director-center-food-safety-and-applied-nutrition-national-food-policy.

42. Attached hereto as **Exhibit 41** is a true and correct copy of an FDA webpage, "2022 Meeting Materials, Science Board to the FDA," current as of June 8, 2022, and available on the FDA's public website at https://www.fda.gov/advisory-committees/science-board-food-and-drug-administration/2022-meeting-materials-science-board-fda.

43. Attached hereto as **Exhibit 42** is a true and correct copy of a webpage to an FDA research article, "Inorganic arsenic alters the development of dopaminergic neurons but not serotonergic neurons and induces motor neuron development via Sonic hedgehog pathway in zebrafish," dated December 29, 2022, and available on the Europe PMC's public website at https://europepmc.org/article/med/36587726.

44. Attached hereto as **Exhibit 43** is a true and correct copy of excerpts from the FDA's 2023 "Justification of Estimates for Appropriations Committees," available on the FDA's public website at https://www.fda.gov/media/157192/download.

45. Attached hereto as **Exhibit 44** is a true and correct copy of "Analytical Results for Lead in Food Intended for Babies and Young Children (FY2021)," dated January 2023, and available on the FDA's public website at https://www.fda.gov/media/164565/download.

46. Attached hereto as **Exhibit 45** is a true and correct copy of an National Academies of Sciences, Engineering, and Medicine ("National Academies") webpage, "The Role of Seafood Consumption in Child Growth and Development (Meeting #1)," dated January 19-20, 2023, and available on the National Academies' public website at https://www.nationalacademies.org/event/01-19-2023/the-role-of-seafood-consumption-in-child-growth-and-development-meeting-1.

47. Attached hereto as **Exhibit 46** is a true and correct copy of an FDA Guidance Document, "Action Levels for Lead in Food Intended for Babies and Young Children: Draft Guidance for Industry," current as of January 24 2023, and available on the FDA's public website at https://www.fda.gov/media/164684/download.

48. Attached hereto as **Exhibit 47** is a true and correct copy of "Analytical Results for Arsenic, Lead, Cadmium, and Mercury in Foods Intended for Babies and Young Children- TEP (FY2008-FY2021)," dated March 2023, and available on the FDA's public website at https://www.fda.gov/media/164564/download?attachment.

49. Attached hereto as **Exhibit 48** is a true and correct copy of a Partnership for Food Safety Education's ("PFSE") webpage, "PFSE Announces FDA's Closer to Zero Action Plan

Workshop at CFSEC 2023," dated February 2, 2023, and available on PFSE's public website at https://www.fightbac.org/cfsec2023precons/.

50. Attached hereto as **Exhibit 49** is a true and correct copy of an FDA webpage, "Stakeholder Webinar on Action Levels for Lead in Food Intended for Babies and Young Children: Draft Guidance for Industry," current as of March 2, 2023, and available on the FDA's public website at https://www.fda.gov/food/workshops-meetings-webinars-food-and-dietary-supplements/stakeholder-webinar-action-levels-lead-food-intended-babies-and-young-children-draft-guidance.

51. Attached hereto as **Exhibit 50** is a true and correct copy of a webpage to an FDA research article, "Reproductive-Toxicity-Related Endpoints in C. elegans Are Consistent with Reduced Concern for Dimethylarsinic Acid Exposure Relative to Inorganic Arsenic," dated April 26, 2023, and available on the National Library of Medicine's public website at https://pubmed.ncbi.nlm.nih.gov/37218812/.

52. Attached hereto as **Exhibit 51** is a true and correct copy of a webpage to an FDA research article, "A survey of toxic elements in ready to eat baby foods in the US market 2021," dated June 2023, and available on the National Library of Medicine's public website at https://pubmed.ncbi.nlm.nih.gov/36537233/.

53. Attached hereto as **Exhibit 52** is a true and correct copy of a Scientific Consulting Group ("SCG") webpage, "Workshop on Multigenerational Nutrition Influences on Health and Disease," dated July 12-13, 2023, and available on SCG's public website at https://www.scgcorp.com/nutrition-wksh-2023/Default.

54. Attached hereto as **Exhibit 53** is a true and correct copy of a webpage to an FDA research article, "Reassessment of the cadmium toxicological reference value for use in human

health assessments of foods," dated October 2023, and available on the National Library of Medicine's public website at https://pubmed.ncbi.nlm.nih.gov/37640100/.

55. Attached hereto as **Exhibit 54** is a true and correct copy of an International Food Information Council ("IFIC") webpage, "Advancing Health Professionals' Understanding of Heavy Metals in Food: What Can Be Done to Protect Public Health?," dated December 14, 2023, and available on IFIC's public website at https://ific-org.zoom.us/webinar/register/WN_jo1hKV_DQz6vybj5w5X0WA#/registration.

56. Attached hereto as **Exhibit 55** is a true and correct copy of excerpts from the FDA's 2024 "Justification of Estimates for Appropriations Committees," available on the FDA's public website at https://www.fda.gov/media/166182/download.

57. Attached hereto as **Exhibit 56** is a true and correct copy of an FDA Guidance Document, "Hazard Analysis and Risk-Based Preventive Controls for Human Food: Guidance for Industry," dated January 2024, and available on the FDA's public website at https://www.fda.gov/media/100002/download.

58. Attached hereto as **Exhibit 57** is a true and correct copy of a National Academies' webpage, "The Role of Seafood Consumption in Child Growth and Development (Meeting 22 - Public Webinar)," dated March 26, 2024, and available on the National Academies' public website at https://www.nationalacademies.org/event/42358_03-2024_the-role-of-seafood-consumption-in-child-growth-and-development-meeting-22-public-webinar.

59. Attached hereto as **Exhibit 58** is a true and correct copy of a National Academies' webpage to their report titled, "The Role of Seafood Consumption in Child Growth and Development," dated March 21, 2024, and available on the National Academies' public website

at https://www.nationalacademies.org/our-work/the-role-of-seafood-in-child-growth-and-development.

60. Attached hereto as **Exhibit 59** is a true and correct copy of webpage from Nurture's website, "Our Mission," available on Nurture's public website at https://www.happyfamilyorganics.com/our-mission/ and accessed on November 18, 2022.

61. Attached hereto as **Exhibit 60** is a true and correct copy of a report published by Healthy Babies Bright Futures, titled "What's in my baby food?," dated October 2019, and available on Healthy Babies Bright Future's public website at https://www.healthybabyfood.org/sites/healthybabyfoods.org/files/2020-04/BabyFoodReport_ENGLISH_R6.pdf.

62. Attached hereto as **Exhibit 61** is a true and correct copy of an FDA Guidance Document, "Inorganic Arsenic in Rice Cereals for Infants: Action Level Guidance for Industry," dated August 2020, and available on the FDA's public website at https://www.fda.gov/media/97234/download.

63. Attached hereto as **Exhibit 62** is a true and correct copy of a report published by Healthy Babies Bright Futures, titled "Is Homemade Baby Food Better?," dated August 2022, and available on Healthy Babies Bright Future's public website at https://www.healthybabyfood.org/sites/healthybabyfoods.org/files/2022-08/StoreVsHomemade_2022.pdf.

64. Attached hereto as **Exhibit 63** is a true and correct copy of an FDA webpage, "Investigation of Elevated Lead & Chromium Levels: Cinnamon Applesauce Pouches (November 2023)," current as of March 16, 2024, and available on the FDA's public website at

https://www.fda.gov/food/outbreaks-foodborne-illness/investigation-elevated-lead-chromium-levels-cinnamon-applesauce-pouches-november-2023.

65. Attached hereto as **Exhibit 64** is a true and correct copy of a transcript from the *Sargon* hearing in *NC v. Hain Celestial Grp., Inc.*, Case No. 21STCV22822, pending in the Superior Court of the State of California for the County of Los Angeles.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 5th day of June 2024, at Brooklyn, New York.

_____
Colleen M. Gulliver