

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Colleen C. Gulliver
colleen.gulliver@us.dlapiper.com
T   212.335.4737
F   917.778.8037

June 5, 2024

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re:   *In re Nurture Baby Food Litigation*, Case No. 1:21-cv-01217
         Request for Oral Argument

Dear Judge Vyskocil:

      We represent defendant Nurture, LLC ("Nurture") in the above-referenced action. Pursuant to Rule 4(A)(vii) of your Individual Rules of Practice in Civil Cases, we write to respectfully request oral argument on Nurture's Motion to Dismiss the plaintiffs' First Amended Consolidated Class Action Complaint, which was filed today.

Respectfully submitted,

Colleen Carey Gulliver

cc:   All counsel of record via ECF