

**Rebecca A. Peterson**
rapeterson@locklaw.com
Phone: 612-596-4019
*also admitted in California

**MINNEAPOLIS**
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179
T 612.339.6900
F 612.339.0981

July 3, 2024

Hon. Mary Kay Vyskocil
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY  10007

      RE:    *In re Nurture Baby Food Litigation*, Case No. 1:21-cv-01217
              **Request for Oral Argument**

Dear Judge Vyskocil:

    Pursuant to Rule 4(A)(vii) of your Individual Rules of Practice in Civil Cases, Plaintiffs write to join Defendant Nurture, LLC in requesting oral argument on Nurture's Motion to Dismiss the First Amended Consolidated Class Action Complaint (Docket 255).

Respectfully,

GEORGE FELDMAN MCDONALD, PLLC

s/ Lori G. Feldman

Lori G. Feldman

LOCKRIDGE GRINDAL NAUEN PLLP

Rebecca A. Peterson

RAP/brg
cc:    All Counsel of Record (via ECF only)

**LOCKRIDGE GRINDAL NAUEN PLLP**