UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *IN RE NURTURE BABY FOOD LITIGATION*<br><br>This Document Relates to:<br>ALL ACTIONS | Master File No. 1:21-cv-01217-MKV |

## NOTICE OF SUPPLEMENTAL AUTHORITY

  PLEASE TAKE NOTICE that Plaintiffs respectfully bring the following Supplemental Authority concerning a recent Memorandum Decision and Order dated September 6, 2024, filed in *In Re: Lindt & Sprüngli Dark Chocolate Litigation*, Case No. 1:23-cv-01186-AMD-JAM (E.D.N.Y.), to the Court's attention. The Memorandum Decision and Order denied Defendant Lindt & Sprüngli (USA), Inc.'s motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). This Supplemental Authority is in further support of Plaintiffs' Opposition to Defendant Nurture, LLC's Motion to Dismiss Plaintiffs' First Amended Consolidated Class Action Complaint [Dkt. 231], which is under submission. Attached hereto as Exhibit 1 is the Memorandum Decision and Order.

Dated: October 17, 2024

                       Respectfully submitted,

                       By: */s/ Lori G. Feldman*
                       Lori G. Feldman (admitted in SDNY)
                       GEORGE FELDMAN McDONALD, PLLC
                       102 Half Moon Bay Drive
                       Croton-on-Hudson, NY 10520
                       Telephone: (917) 983-9321
                       Facsimile: (888) 421-4173
                       E-Mail: lfeldman@4-justice.com
                       E-Service: eService@4-justice.com

1

By: */s/ Rebecca A. Peterson*
Rebecca A. Peterson (admitted *pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
E-Mail: rapeterson@locklaw.com

***Co-Lead Counsel for Plaintiffs***

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 17, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Lori G. Feldman*
Lori G. Feldman