UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE NURTURE BABY FOOD LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | ) ) ) ) ) ) ) Master File: 1:21-cv-01217-MKV |

### NOTICE OF SUPPLEMENTAL AUTHORITIES

PLEASE TAKE NOTE that Plaintiffs respectfully write to bring the following Supplemental Authorities concerning two recent orders: Granting in Part and Denying in Part the defendant's Motion to Dismiss in *In re Hain Celestial Heavy Metals Baby Food Litigation*, No. 21-cv-00678 (NRM) (AYS), 2024 WL 5239510 (E.D.N.Y. Dec. 27, 2024) and Denying in Full the defendant's Motion to Dismiss in *Seutter v. Mead Johnson Nutrition Company*, No. 24-2179 (JRT/DJF), 2025 WL 220315 (D. Minn. Jan. 16, 2025). These Supplemental Authorities are in support of Plaintiffs' Opposition to Defendant Nurture's Motion to Dismiss the Consolidated Class Action Complaint (Docket 162), which is under submission. The Orders are attached hereto as Exhibit 1 (*In re Hain Celestial Heavy Metals Baby Food Litigation*) and Exhibit 2 (*Seutter v. Mead Johnson Nutrition Company*).

Dated: February 20, 2025        GEORGE FELDMAN MCDONALD, PLLC

By: s/ Rebecca A. Peterson
REBECCA A. PETERSON
1650 West 82nd Avenue, Suite 880
Bloomington, MN 55431
Telephone: (612) 778-9595
E-mail: RPeterson@4-justice.com
     E-service: eService@4-Justice.com

        Lori G. Feldman (admitted in SDNY)
        GEORGE FELDMAN McDONALD, PLLC
        102 Half Moon Bay Drive
        Croton-on-Hudson, NY 10520
        Telephone: (917) 983-9321
        Facsimile: (888) 421-4173
        E-Mail: LFeldman@4-justice.com
        E-Service: eService@4-justice.com

        ***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on February 20, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic fling to all counsel of record.

                                                  s/ Rebecca A. Peterson
                                                  Rebecca A. Peterson