USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/28/2026

**January 27, 2026 - VIA ECF**

Hon. Mary Kay Vyskocil
United States District Judge
United States Courthouse
500 Pearl St., New York, NY 10007-1312

> **Re: *In re Nurture Baby Food Litigation*, Case No. 1:21-cv-01217-MKV**
> **Update on Mediation and Joint Request to Further Stay the Case**

Dear Judge Vyskocil:

Pursuant to the Court's Order dated October 8, 2025 (ECF 294) and Rules 2(G) and 4(B) of Your Honor's Individual Rules, the parties write to inform the Court about the status of mediation and to jointly request a further sixty day stay of case deadlines until March 30, 2026.

On January 23, 2026, the parties attended an all-day in-person mediation before the Honorable Margaret A. Nagle (Ret.) of JAMS. The parties continue to work cooperatively and productively towards a resolution of the action, but given the complexities of this matter require brief additional time. The parties have also committed to an additional mediation session, if needed. To aid those discussions, the parties respectfully request a further sixty day stay of case deadlines from January 28, 2026 to March 30, 2026. The parties respectfully submit that good cause exists for this stay, including to promote judicial efficiency and conserve significant resources by both parties and the Court. This Court has previously granted stays "to provide the parties with the opportunity to continue the mediation process." *See, e.g.*, *Byron v. The Bronx Parent Hous. Network et al.*, No. 1:21-cv-02568-MKV, ECF Nos. 59, 60 (endorsing joint letter and ordering a nearly sixty-day additional stay). This is the parties' first request to stay case deadlines after the Court's October 8, 2025 Order.

The parties thank the Court for its consideration and attention to this matter and will make themselves available should the Court have any questions.

Respectfully submitted,

George Feldman McDonald, PLLC

/s/ *Lori G. Feldman*              /s/ *Rebecca A. Peterson*
  Lori G. Feldman              Rebecca A. Peterson

*Counsel for Plaintiffs*

DLA Piper LLP (US)

/s/ *Angela C. Agrusa*         /s/ *Colleen Carey Gulliver*
  Angela C. Agrusa            Colleen Carey Gulliver

*Counsel for Nurture, LLC*

The parties' request is GRANTED.   Accordingly, IT IS HEREBY ORDERED that this case is STAYED until March 30, 2026.

IT IS FURTHER ORDERED that the parties shall jointly advise the Court on the status, but not the substance, of settlement on or before March 27, 2026.

**The parties are reminded that failure to comply with this Order or with any order of the Court or failure to comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or the parties' discovery or other obligations thereunder may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.**

SO ORDERED.

Date: January 28, 2026
New York, New York

Mary Kay Vyskocil
United States District Judge