USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2026

**March 26, 2026 - VIA ECF**

Hon. Mary Kay Vyskocil
United States District Judge
United States Courthouse
500 Pearl St., New York, NY 10007-1312

> **Re:** ***In re Nurture Baby Food Litigation***, **Case No. 1:21-cv-01217-MKV**
> **Joint Request to Further Stay the Case**

Dear Judge Vyskocil:

Pursuant to the Court's Order dated January 28, 2026 (ECF No. 299) and Rules 2(G) and 4(B) of Your Honor's Individual Rules, the parties write to inform the Court about the case status and to jointly request a further approximate ninety day stay of case deadlines until July 1, 2026.

The parties continue to work cooperatively and have made significant progress toward the potential resolution of this action, but given the complexities of this matter require additional time. To aid those discussions, the parties respectfully request a further approximate ninety-day stay of case deadlines from March 30, 2026 to July 1, 2026. The parties agree that should a settlement be reached, a motion for preliminary settlement approval will be filed on or before July 1st.

The parties respectfully submit that good cause exists for this stay, including to promote judicial efficiency and conserve significant resources by both parties and the Court. This Court has previously granted stays "to provide the parties with the opportunity to continue the mediation process." *See, e.g.*, *Byron v. Bronx Parent Hous. Network*, No. 1:21-cv-02568-MKV, ECF Nos. 59, 60 (ordering a nearly sixty-day additional stay). This is the parties' second request to stay case deadlines after the Court's October 8, 2025 and January 28, 2026 Orders.

The parties thank the Court for its consideration and attention to this matter and will make themselves available should the Court have any questions.

Respectfully submitted,

Hecht Partners LLP

/s/ *Lori G. Feldman*      /s/ *Rebecca A. Peterson*
  Lori G. Feldman        Rebecca A. Peterson

*Lead Counsel for Plaintiffs*

DLA Piper LLP (US)

/s/ *Angela C. Agrusa*    /s/ *Colleen Carey Gulliver*
  Angela C. Agrusa     Colleen Carey Gulliver

*Counsel for Nurture, LLC*

The Parties' request is GRANTED.  Accordingly, IT IS HEREBY ORDERED that this case is STAYED until July 1, 2026.

IT IS FURTHER ORDERED that the Parties shall jointly advise the Court on the status, but not the substance, of settlement on or before June 26, 2026.

SO ORDERED.

Date: 3/26/2026
New York, New York

Mary Kay Vyskocil
United States District Judge