

Lori G. Feldman
Partner
P: (212) 851-6821
E: LFeldman@hechtpartners.com

June 29, 2026

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re: *In re Nurture Baby Food Litigation*, No. 1:21-cv-01217-MKV
      **Request to Extend Page Limit**

Dear Judge Vyskocil:

      The plaintiffs write pursuant to Rules 2(B) and 4(A)(iii) of Your Honor's Individual Rules to respectfully request an extension of the page limit by five (5) pages for the plaintiffs' memorandum of law in support of their forthcoming submission on July 1, 2026, from twenty five (25) to thirty (30) pages total. The plaintiffs respectfully submit that good cause exists for this extension due to the complexity of issues raised therein.

      We thank the Court for its consideration and attention to this matter and will make ourselves available should the Court have any questions.

      Respectfully submitted,

      **Hecht Partners LLP**

/s/ *Lori G. Feldman*      /s/ *Rebecca A. Peterson*
   Lori G. Feldman        Rebecca A. Peterson

*Counsel for Plaintiffs*

125 Park Avenue, 25th Floor, New York, NY 10017