

Lori G. Feldman
Partner
P: (212) 851-6821
E: LFeldman@hechtpartners.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2026

June 29, 2026

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

        **Re:** *In re Nurture Baby Food Litigation*, **No. 1:21-cv-01217-MKV**
        **Request to Extend Page Limit**

Dear Judge Vyskocil:

        The plaintiffs write pursuant to Rules 2(B) and 4(A)(iii) of Your Honor's Individual Rules to respectfully request an extension of the page limit by five (5) pages for the plaintiffs' memorandum of law in support of their forthcoming submission on July 1, 2026, from twenty five (25) to thirty (30) pages total. The plaintiffs respectfully submit that good cause exists for this extension due to the complexity of issues raised therein.

        We thank the Court for its consideration and attention to this matter and will make ourselves available should the Court have any questions.

        Respectfully submitted,

        **Hecht Partners LLP**

/s/ *Lori G. Feldman*      /s/ *Rebecca A. Peterson*
    Lori G. Feldman         Rebecca A. Peterson

*Counsel for Plaintiffs*

**Granted. SO ORDERED.**

Date: 6/29/2026
New York, New York

Mary Kay Vyskocil
United States District Judge

125 Park Avenue, 25th Floor, New York, NY 10017