# EXHIBIT 3



**New York**

125 Park Avenue, 25th Floor, New York, NY 10017

**California**

2121 Avenue of the Stars, Suite 800, Los Angeles, CA 90067

**Texas**

111 Congress Avenue, Suite 500, Austin, TX 78701

**Florida**

9897 Lake Worth Rd, Suite 302, Lake Worth, FL 33467

**Minnesota**

1650 W. 82nd Street, Suite 880, Bloomington, MN 55431

https://www.hechtpartners.com



**Hecht Partners** is a litigation boutique focused on complex litigation and disputes, including class actions, high-stakes trials, and international arbitration. Our team integrates deep experience in class actions, public international law, and intellectual property, operating at the intersection of law, science, and technology.

We are driven by a commitment to restorative justice and the protection of individual rights. Our class action group represents consumers and other individuals in national complex litigation that seeks to protect, restore, and enforce the rights of these individuals. Our talented group of attorneys litigate a broad spectrum of class actions, including consumer protection, antitrust, greenwashing, product liability, data privacy, and human rights class actions.

Recently, Hecht Partners secured a $20.75 million class action bellwether trial victory in *Kashef, et al. v. BNP Paribas, et al*. for funding genocide in Sudan led by Hecht partner Kathryn Lee Boyd appointed as co-lead class counsel, reaffirming its reputation for delivering results against some of the world's largest and most sophisticated adversaries.

With an entrepreneurial culture and lean, technology-enabled infrastructure, our team — composed of lawyers, technologists, and scientists — collaborates seamlessly from anywhere in the world, allowing us to move faster and more efficiently than traditional firms. We embrace and encourage diversity among our lawyers and staff and respect the differences among us and our communities.

We aim to serve those taken advantage of, wronged, or exploited with an exceptional level of service, excellence, encouragement, respect and strength, backed years of collective legal experience, success and results.

125 Park Avenue, 25th Floor, New York, New York 10017

# Lori G. Feldman, Partner



Ms. Feldman, a senior litigator, is known for building and leading high-stakes, complex class and individual actions from inception through resolution. She co-chairs Hecht Partners' Class Action Practice.

Her practice focuses on data privacy and cybersecurity incidents, consumer protection, and financial services litigation where she takes on sophisticated financial institutions, fintech companies, and national consumer brands for consumers and credit unions. Ms. Feldman is regularly appointed to leadership roles in major, multi-jurisdictional class actions.

She is frequently brought in to shape case strategy and drive meaningful results in matters involving systemic misconduct and large-scale consumer harm.

Ms. Feldman has joined the litigation team at Hecht Partners LLP in *Kashef, et al. v. BNP Paribas SA, et al.*, No. 1:2015cv03228 (S.D.N.Y.) (Hellerstein, J.), where Hecht Partners LLP (Lee Boyd, Esq.) is Co-Lead Counsel. Ms. Boyd and the firm obtained a landmark decision in which a Manhattan federal jury found BNP Paribas liable for its role in enabling the genocidal atrocities committed against Black African civilians in Sudan by the al-Bashir dictatorship from 1997 to 2011, paving the way for more than 20,000 Sudanese refugees living in the United States to seek billions more in recovery. The verdict marks a historic moment in human rights and financial accountability, setting a precedent for holding global banks civilly liable for facilitating regimes accused of crimes against humanity.

Prior to joining the Firm, Lori was the Managing Partner of the New York office of a national class action firm and Chair of the firm's Class Action Practice, a Partner and Executive Committee Member in one of the largest class action firms in the country, a Partner in a prestigious securities and consumer class action firm, and Of Counsel to one of the most tenacious criminal and civil litigation boutiques in the United States.

Ms. Feldman is based in New York and bicoastally licensed to practice law in New York and Washington States.

Lori was named a 2021 Plaintiff's Lawyers Trailblazer by the National Law Journal. From 2011 to 2025, Lori was named a New York Metro SuperLawyer. As a young lawyer, she was also named as a Rising Star in New York and Washington State.

**PRACTICE AREAS**
- Class Action Litigation

- Complex Commercial Litigation
- Consumer Protection
- Securities Fraud

**BAR ADMISSIONS**
- State of New York
- State of Washington
- U.S. Supreme Court
- U.S. District Court Southern District of New York
- U.S. District Court Eastern District of New York
- U.S. District Court Western District of New York
- U.S. District Court Western District of Washington
- U.S. District Court Northern District of Illinois
- U.S. District Court District of Colorado
- Second Circuit Court of Appeals
- Ninth Circuit Court of Appeals

**EDUCATION**
J.D., Albany Law School of Union University, *magna cum laude*
B.A., State University of New York at Albany, *magna cum laude*

**Notable Representations**
- Washington Mutual Securities Litigation ($41.5 million settlement)
- Century Link Sales Practices and Securities Litigation ($15.5 million settlement)
- General Electric Securities Litigation ($40.15 million settlement)
- In Re Gilead Securities Litigation ($8.5 million settlement)
- ConAgra Foods, Inc. Securities Litigation ($14.4 million settlement)
- In Re Amazon Securities Litigation ($25 million settlement)
- Shields Healthcare Group Data Breach Litigation ($15 million settlement)
- Morgan Stanley Data Breach Litigation ($60 million settlement)
- Independe nt Living Data Breach Litigation ($14 million settlement)
- Boston Childrens' Physicians Data Breach Litigation ($5 million settlement)
- In re Fortra Data Breach MDL ($20 million settlement)
- Actively litigating numerous data breach cases on behalf of consumers and credit unions

**Professional Associations**
- New York State Bar Association, Member, Present
- Washington State Bar Association, Member, Present
- National Association of Shareholder and Consumer Attorneys, Present

# Rebecca A. Peterson, Partner



Rebecca A. Peterson is a Partner of the Class Action Practice Group. Her practice areas focus on consumer protection, greenwashing, product liability, data privacy, and accompanying regulatory issues. Ms. Peterson has extensive leadership experience, having been appointed by courts or acted in the capacity of lead counsel in numerous cases. Ms. Peterson has been part of the successful prosecution of actions on behalf of consumers in both state and federal courts and on various trial teams. In these actions, she has conducted and defended dozens of depositions, including expert depositions. She has vetted and worked extensively with experts that have the specific expertise required for consumer protection cases including survey and damages work. Ms. Peterson has also argued class certification motions and dispositive motions, such as summary judgment and handled cross-examination in *Daubert*.

Ms. Rebecca Peterson's litigation skills have also been recognized in Minnesota and nationally, as she has been named The National Trial Lawyers Top 100 from 2021 to 2024 and Minnesota Super Lawyer from 2022 to 2025. Ms. Peterson, alongside a group of attorneys, was recognized as Attorney of the Year by Minnesota Lawyer for her work on behalf of U.S. farmers. She was also recognized as a Patriotic Employer by the Employer Support of the Guard and Reserve.

Ms. Peterson is also active in her community, serving as an Advisory Board Member for the Page Education Foundation and as a Board Member for the Sportsmen for the Boundary Waters. Ms. Rebecca Peterson also uses her leadership experience to mentor aspiring lawyers as a member of the Food Law Advisory Board at Mitchell Hamline Law School, where she is teaching a seminar on food law this semester.

Ms. Peterson initially practiced in California and her employment history includes extensive experience in complex class actions, appeals, and public relations.

**PRACTICE AREAS**
- Class Action Litigation
- Securities Litigation
- Product Liability
- Consumer Fraud Litigation

**BAR ADMISSIONS**
- State of California
- State of Minnesota
- U.S. District Court, District of Minnesota
- U.S. District Court, Northern District of California
- U.S. District Court, Central District of California
- U.S. District Court, Eastern District of California
- U.S. District Court, Southern District of California
- U.S. District Court, District of Colorado
- U.S. District Court, Central District of Illinois
- U.S. District Court, District of North Dakota
- U.S. District Court, Eastern District of Wisconsin
- U.S. Court of Appeals, Second Circuit
- U.S. Court of Appeals, Sixth Circuit
- U.S. Court of Appeals, Seventh Circuit
- U.S. District of Appeals, Eighth Circuit
- U.S. District of Appeals, Ninth Circuit
- U.S. District of Appeals, Tenth Circuit

**EDUCATION**
J.D., University of San Diego
B.A. St. Olaf's College

**Notable Representations**

- *In re Syngenta AG MIR162 Corn Litig.,* No. 14-md-2591-JWL-JPO (D. Kan.)

- *In re Syngenta Litig. (Minn. Producers),* No. 27-cv-15-3785 (Henn. Co. Dist. Ct., Minn.)

- *Zarinebaf et al. v. Champion Petfoods USA, Inc. et al.,* 1:18-cv- 06951 (N.D. Ill.)

- *In re Big Heart Pet Brands Litig.,* No. 4:18-cv-00861-JSW (N.D. Calif.) [Co-Lead Counsel]

- *Zeiger et al. v. WellPet LLC et al.*, 3:17-cv-04056-WHO (N.D. Calif.)

- *In re Plum Baby Food Litigation,* 4:21-cv-00913-YGR (N.D. Calif.) [Co- Lead Counsel]

- *In re Nurture Baby Food Litigation,* 1:21-cv-01217-MKV (S.D. NY) [Co- Lead Counsel]

- *In re Theo's Dark Chocolate Litigation*, 4:23-cv-02739 [N.D. Calif.] [Co-Lead Counsel]

- *In re Meta Pixel Tax Filing Cases,* 3:22-cv-07557 [N.D. Calif.] [Co-Lead Counsel]

- *Walton et al. v. WL Gore & Associates,* 1:25-cv-01948 (D. of MD.)

- *In re: Procter & Gamble Co. "Protect, Grow and Restore" Marketing and Sales Litigation Practice* 25-md-3157 (S.D. Ohio)

- *Amanda Seutter et al. V. Mead Johnson Nutrition Co.,* 0:24-cv-02179 (D. of Minn.)

- Author of Amicus Brief in *Karsjens, et al. v. Harpstead, et al.,* 11-cv-02359 (8th Cir.)

- *Huggins et al. V. Abbott Laboratories*, 2 :25-cv-02460 (N.D. Ill)

- *Brower et al. v Colgate-Palmolive Company,* 1:25-cv-03348 (S.D. NY)

- *Merriman Blum v. Amazon.com, Inc.,* 2:25-cv-00977 (W.D. Wash.)

- *Kennedy et al., v. Exxon Mobil Corp*. et al. 2 :25-cv-02378 (W.D. Wash.)

- *Schwarz et. al. v. Google*, LLC; 25-cv-03125 (N.D. of Calif.)

- *In re Allianz Life Insurance of North America Data Incident Litig*.; 25-cv-02777 (D. Minn.) [Plaintiffs' Leadership Committee]

- *In re HVAC Equipment Antitrust Litigation*; 2:26-cv-10949 (E.D. MI)

- *Yolanda Petre v Nestle Health Science Holdings, Inc*.; 3:26-cv-04652 (E.D. Calif.)

- *In re Huel Heavy Metal Litigation*; 1:25-cv-05783 (E.D. New York) [Co-Lead Counsel]

- *Lauren Wolf and Elizabeth Correia v. Amazon.com, Inc*.; 2:26-cv-01479 (W.D. Wash.)

- *Silver v Apple, Inc.;* 26CV492053 (Super. Ct. Cal. - Santa Clara County)

**Professional Associations**

- The National Trial Lawyers Top 100 (2021 – 2024)

- Best Lawyers in Minnesota 2022 by Minnesota Monthly (2022)

- Attorney of the Year (Syngenta litigation team) by Minnesota Lawyer (2017)

- Minnesota Super Lawyers – Class Action and Mass Torts Attorney (2022 – 2025)

**Community Involvement**

- Food Law Advisory Board at Mitchell Hamline Law School

- Adjunct Professor for Food Law Labeling and Advertising (Spring 2026)

- Advisory Board Member, Page Education Foundation

- Board Member, Sportsmen for the Boundary Waters

- Support in completing book on historical work of retired Minnesota Supreme Court Justice Page

# David J. George, Partner



David J. George earned his Bachelor of Arts degree in Political Science from the University of Rhode Island, *summa cum laude*.  David then graduated at the top of his class at the University of Richmond School of Law.  At the University of Richmond, David was a member of the Law Review, was the President of the McNeill Law Society, and earned numerous academic awards, including Outstanding Academic Performance in each of his three years there.  Prior to joining Hecht Partners, David was the Managing Member of a nationally known class action firm he founded in 2018.

David, who is AV rated by Martindale-Hubbell (the highest rating available), was a partner in one of the largest class action firms in the world.  A zealous advocate of shareholder, consumer and EB-5 investor rights, David has been lead and/or co-lead counsel with respect to various securities class action matters throughout the United States, including: *In re Cryo Cell Int'l, Inc. Sec. Litig.* (M.D. Fla.) ($7 million settlement); *In re TECO Energy, Inc. Sec. Litig.* (M.D. Fla.) ($17.35 million settlement); *Baxter Int'l* (N.D. Ill.) ($42.5 million settlement); *In re Newpark Res., Inc. Sec. Litig.* (E.D. La.) ($9.24 million settlement); *In re Mannatech, Inc. Sec. Litig.* (N.D. Tex.) ($11.5 million settlement); *In re Gilead Sec. Litig.* (N.D. Cal.) ($8.25 million settlement); and *In re R.H. Donnelly* (D. Del.) ($25 million settlement).  David has also acted as lead counsel in numerous consumer class actions nationwide, including *Lewis v. Labor Ready, Inc.* ($11 million settlement); *In re Webloyalty, Inc. Mktg. & Sales Practices Litig.* (D. Mass.) ($10 million settlement); and *In re Navisite Migration Litig.* (D. Md.) ($1.7 million settlement).  Moreover, David was a member of the litigation team that secured a $925 million settlement in *In re UnitedHealth Grp. Inc. PSLRA Litig.* (D. Minn.).  The UnitedHealth Group settlement was the largest stock options backdating case in history.

David recently served as lead counsel in two of the Firm's EB-5 cases involving the Palm House Hotel at 160 Royal Palm Way in Palm Beach, Florida.  The litigation is entitled *Lan Li, et al. v. Joseph Walsh, et al.*, 16-cv-81871-KAM (S.D. Fla). and *Lan Li, et al. v. PNC Bank, N.A. and Ruben Ramirez*, 9:19-cv-80332-KAM (S.D. Fla), and David served as Lead Counsel for the Palm House EB-5 Investors.  David consults with EB-5 investors from all over the world, including China, Korea, South America, India, and Vietnam, and lectures on EB-5 related topics during his travels.  David's EB-5 practice includes projects in various cities across the U.S.

David also spent more than a decade as a commercial litigator with two of the largest corporate law firms in the United States.  During that time, David aggressively prosecuted and defended a wide array of complex commercial litigation matters, including securities class action matters,

non-compete litigation, fraud claims, and real estate-based litigation matters.  He is a member of the National Association of Shareholder and Consumer Attorneys.

David has been selected as a Super Lawyer from 2022 – 2026.  In addition, David was honored as a 2021 Plaintiffs' Lawyers Trailblazer by the National Law Journal.  He was also named as one of Florida's Most Effective Corporate/Securities Lawyers and was the only plaintiffs' securities class action counsel recognized.  He has a nationwide practice and successfully prosecutes commercial litigation and fraud cases throughout the U.S.

**PRACTICE AREAS**
- Class Action Litigation
- EB-5 Fraud Litigation
- Complex Commercial Litigation
- Consumer Protection

**BAR ADMISSIONS**
- State of Florida
- U.S. District Court Southern District of Florida
- U.S. District Court Middle District of Florida
- U.S. District Court Northern District of Florida
- U.S. Court of Appeals 1st Circuit
- U.S. Court of Appeals 5th Circuit

**EDUCATION**
J.D., University of Richmond, School of Law
B.A., University of Rhode Island, *summa cum laude*

# Janine L. Pollack, Partner



Janine L. Pollack is a Partner of the Firm and the Class Action Practice Group. She has been a class action litigator for over 35 years and has prosecuted cases that have resulted in the award of hundreds of millions of dollars to defrauded consumers and investors. She has been appointed by courts to lead numerous class actions and has had much success in securing refunds and other remedies for class members. She has prosecuted bench and jury trials as first chair, winning a jury verdict against R.J. Reynolds for wrongful death in a tobacco litigation.

Janine grew up in New Jersey and is a member of the New York and New Jersey bars. After graduating from University of Pennsylvania Carey Law School, she worked in a general litigation firm for approximately eighteen months before joining a large plaintiffs' class action firm in 1991 and has devoted her practice primarily to class actions since then.

Janine is a Certified Health and Well-Being Coach and the Firm's Chief Wellness Officer. Janine and the Firm are at the forefront of the focus on well-being in the legal profession. Her and the Firm's philosophy is that well-being is ground zero for all endeavors we undertake in life, including being an effective attorney. Since adolescence, her interests have revolved around her love for fitness, nutrition and the goal of uniting mind, body and soul and her enthusiasm for such interests has continued to grow over time. She strives to share that philosophy with her colleagues at the Firm and in the Bar to support them in finding strength, motivation and empowerment for fulfillment in their personal and professional lives.

Janine graduated from University of Pennsylvania Carey Law School in 1989, where she was elected to the Journal of International Business Law. Janine is active as an alumnus, participating in various programs, including regarding well-being. Prior to law school, she graduated in 1986 from Rutgers College at Rutgers University in New Brunswick, New Jersey with High Honors, Phi Beta Kappa, with a B.A., having double-majored in English and French. Fluent in French, she spent a semester abroad in 1985 at New York University in France.

Janine is Co-President of the National Association of Shareholder & Consumer Attorneys (NASCAT), a non-profit organization of attorneys that supports consumer and investor rights, including through the class action mechanism. Janine is also the Chair of the Women's Initiative at NASCAT, which seeks to advance women in the class action bar. She participated as a team leader in developing standards and best practices for increasing diversity in mass tort and class action litigation for the James F. Humphreys Complex Litigation Center at the George Washington Law School titled, "Inclusivity and Excellence: Guidelines and Best Practices for Judges Appointing Lawyers to Leadership Positions in MDL and Class-Action Litigation" (March 15, 2021). Janine

is also a member of the Women in the Legal Profession Committee of the Bar Association of the City of New York (City Bar), where she was a co-editor of the publication, *Street Smarts for Women Lawyers*. Her committee activities include wellness projects and presentations, as well as the Women on the Walls initiative that commissions portraits of women jurists for display at the City Bar. Janine is a member of the Mindfulness & Well-Being in Law Committee at the City Bar as well. Janine has also participated as a volunteer for the Institute for Well-Being in Law (IWIL), a non-profit organization whose focus is well-being within the legal community.

**PRACTICE AREAS**
- Class Action Litigation
- Product Liability
- Consumer Fraud Litigation

**BAR ADMISSIONS**
- State of New York
- State of New Jersey
- U.S. District Court Southern District of New York
- U.S. District Court Eastern District of New York
- U.S. District Court Northern District of New York
- U.S. District Court District of New Jersey
- U.S. District Court Northern District of Illinois
- U.S. Court of Appeals for the First Circuit
- U.S. Court of Appeals for the Ninth Circuit
- U.S. Court of Appeals for the Tenth Circuit

**EDUCATION**
J.D., University of Pennsylvania Carey Law School
B.A. Rutgers University

**Notable Representations**

- Lead litigator in consumer class actions against major banks for failure to pay interest on mortgage escrow monies; settlement achieved in one case

- One of lead litigators in consumer class action against lender for misrepresentations in financing documents to pay for energy-saving home improvements; settlement achieved

- Co-lead counsel in data breach against large clothing retailer for failure to exercise reasonable care in safeguarding personal information of its customers; settlement achieved

- Represented consumers nationwide in class actions against Skechers, Reebok and others for false claims regarding efficacy of "toning shoes"; worked with Federal Trade Commission in securing settlements

- The lead litigator in oft-cited seminal consumer class action in D. Mass. (*Bezdek v. Vibram USA Inc.*, 79 F. Supp. 3d 324, 338 (D. Mass. 2015), *aff'd*, 809 F.3d 78 (1st Cir. 2015)), against the manufacturer of "Vibram FiveFingers footwear" for mispresenting the health benefits of the shoes; settlement achieved

- One of lead litigators in consumer class action against makers of macaroni and cheese products for failure to disclose presence or risk of dangerous phthalates

- Working with various co-counsel in consumer class actions against makers of infant formula for failure to disclose presence or risk of heavy metals

- Working with various co-counsel in consumer class actions against several makers of baby foods for failure to disclose presence or risk of heavy metals

- Working with various co-counsel in consumer class action against maker of protein powder for failure to disclose presence or risk of heavy metals

- Co-lead counsel in consumer class action against maker of chocolate confectionary products for failure to disclose presence or risk of PFAS "forever chemicals"

- Worked with various co-counsel in consumer class actions against makers of herbs and spices for failure to disclose presence or risk of heavy metals

- Working with various co-counsel on numerous data breach and privacy class actions, many of which have had successful settlements

**Achievements**

Janine is honored to have been named as a Super Lawyer every year since 2012 and to Lawdragon's list of 500 Leading Plaintiff Financial Lawyers for numerous years. She has also enjoyed being appointed many times to Law360's editorial boards. Janine's prior firm where she was a founding partner was awarded the National Law Journal's 2020 Trailblazer Award for an Elite Boutique Firm. In 2012, Janine was one of the attorneys featured on the front page of The National Law Journal's Plaintiffs' Hot List for her work on toning shoe cases, including against Reebok and Skechers, which resulted in settlements jointly with the Federal Trade Commission.

**Thought Leadership**

Janine is a frequent public speaker on well-being, women's and other issues, including:

- Time Management & Practice Organization for New Attorneys CLE presentation, Lawline, March 29, 2026

- Turning Strategy to Action – Real World Tactics for Unlocking Participation and Driving Engagement, 7th Annual Employee Wellness for Legal Professionals Summit, March 3, 2026, Tampa, FL

- University of Pennsylvania NYC Alumni Panel Presentation on Wellness and Motivation, February 25, 2026

- Women Lawyers in Leadership, Practicing Law Institute (numerous years)

- Making Wellness Work for You, Class of Our Own Women's Summit, May 9, 2023

- Health and Wellness Panel, Class Action Law Forum, University of San Diego School of Law, March 18, 2022

- Taking Care of Our Own: Lawyer Well-Being Programs, AON Virtual Law Firm Symposium, October 14, 2021

- Harris Martin Webinar Series: Baby Food Litigation, April 8, 2021

- Taking Control of Your Well-Being: How to Leverage Your Legal Organization's Wellness Program, Practicing Law Institute, December 10, 2020

- How to Wow Motivation and Wellness: Your Guide to Grit and Fit, University of Pennsylvania Carey Law School, October 21, 2020 (highlighted in *Penn Law Journal*, Summer 2021)



# Brittany L. (Brown) Sackrin, Senior Counsel

Brittany L. (Brown) Sackrin is an associate in Hecht Partner's Class Action Practice Group. Brittany earned her Bachelor of Science degree in Business Administration (Finance) at the University of Florida. Brittany then graduated near the top of her class with honors from the University of Miami School of Law, where she was an inaugural member of the school's Investor Rights Clinic through which she passionately represented investors in securities arbitration claims before FINRA.

While in law school, Brittany also interned with the U.S. Securities and Exchange Commission's trial unit in its downtown Miami office. She was a member of the University of Miami Trial Team, and was awarded a scholarships for her performance in the Litigation Skills Program and for her demonstrated academic achievement in the interrelationship between law and economics.

Before joining the firm, Brittany was an associate at one of the largest securities defense litigation law firms in the country, where she focused her practice on complex securities litigation, specifically class and derivative actions with an emphasis on securities and regulatory matters.

Brittany is a passionate advocate for plaintiffs where she focuses her practice representing plaintiffs in consumer fraud class actions. Her class action experience includes significant time spent working on privacy and data breach cases, including working closely with lead counsel on privacy cases against Meta Platforms, Inc., *In Re Meta Pixel Tax Filing Cases*, 3:22-cv-07557 (N.D. Cal.), and Google, LLC, *Smith v. Google, LLC*, 5:23-cv-03527 (N.D. Cal.). Brittany is also involved in representing parents and children in cases alleging privacy violations against educational technology companies.

Brittany's data breach experience spans a variety of different industries and includes *Geleng v. Independent Living Systems, LLC*, No. 23-cv-21060-KMW (S.D. Fla.), *In re Shields Health Care Grp., Inc.*, 1:22-cv-10901 (D. Mass.), *Fleet v. Southern Orthopedic Associates, P.S.C.*, 5:22-cv-00109 (W.D. Ky.), *Tate v. EyeMed Vision Care, LLC*, 1:21-cv-00036 (S.D. Ohio), *Hollandsworth v. Highmark Health*, 2:23-cv-00376 (W.D. Penn.), *Skurauskis v. NationsBenefits Holdings, LLC*, 0:23-cv-60830 (S.D. Fla.), *In re: Canon Data Breach Litig.*, 1:20-cv-06239 (E.D.N.Y.), *In re Waste Mgmt. Data Breach Litig.*, 1:21-cv-06199 (S.D.N.Y.), *Bowen v. Paxton Media Grp., LLC*, 5:21-cv-143 (W.D. Ky.), *In re Morgan Stanley Data Sec. Litig.*, 1:20-cv-05014 (S.D.N.Y.), and *In re Lakeview Loan Servicing Litig.*, Case No. 1:22-cv-20955 (S.D. Fla.), among others.

Brittany also has significant experience litigating class action cases involving heavy metals and other contaminants in consumer products, including working closely with lead counsel in a case relating to heavy metals in baby food, *In re Nurture Baby Food Litig.*, 1:21-cv-01217 (S.D.N.Y.).

Through her work representing plaintiffs in class actions, Brittany has honed her skills in researching and drafting briefs, vetting and evaluating plaintiffs and class representatives, and engaging in and guiding clients through the discovery process, as well as working collaboratively and in conjunction with all plaintiffs' counsel.

She was appointed to the Executive Committee in *Geleng v. Independent Living Systems, LLC*, 23-cv-21060-KMW (S.D. Fla.) through which she led the Defensive Discovery Subcommittee.

Brittany is a zealous advocate for those seeking justice and brings her attention to detail and expert legal research and writing skills to all her cases.

**PRACTICE AREAS**

- Consumer and Securities Class Action Litigation

**BAR ADMISSIONS**

- State of Florida

**EDUCATION**

J.D., University of Miami Law School
B.S. University of Florida, Business Administration - Finance

# Krista K. Freier, Associate



Krista is an associate in the Class Action Practice Group and has extensive experience in complex litigation, products liability, and consumer protection cases. Krista is a member of the Leadership Committee in *In re Allianz Life Insurance Company of North America Data Incident Litigation*, case number 0:25-cv-2777-KMM-JFD (D. Minn.).

Krista is a 2009 graduate of Hamline University School of Law where she was a Student Attorney in Hamline's Child Advocacy Clinic and interned with the Honorable Gregory G. Galler in Minnesota State Court. While attending law school, Krista clerked with the Hennepin County Attorney's Office in the divisions of Juvenile Prosecution-Victim Witness and Child Support. Previously, Krista was an associate at a law firm practicing in class action litigation and worked for the University of Minnesota and a local nonprofit organization.

**PRACTICE AREAS**
- Class Action Litigation

**BAR ADMISSIONS**
- State of Minnesota
- U.S. District Court Northern District of Illinois

**EDUCATION**
J.D., Hamline University
B.A. Concordia College



# Catherine A. Peterson, Associate

Catherine Peterson practices in Hecht Partner's Class Action Practice Group. Catherine is an experienced class action lawyer and has represented victims in a wide variety of consumer class actions. Krista is a member of the Leadership Committee in *In re Allianz Life Insurance Company of North America Data Incident Litigation*, case number 0:25-cv-2777-KMM-JFD (D. Minn.).

Prior to joining HP, and in addition to her experience as a class action lawyer, she practiced immigration law, representing clients before the Immigration Court, United States Citizenship and Immigration Services, and Federal Court. She also served on the staffs of U.S. Senator Byron Dorgan, U.S. Senator Kent Conrad, and U.S. Senator Heidi Heitkamp. She has experience on political campaigns and assisting with political compliance matters. Catherine has also served over 15 years in the Army National Guard.

**PRACTICE AREAS**

- Class Action Litigation
- Product Liability
- Consumer Fraud Litigation

**Professional Associations**

- American Legion
- American Legion Auxiliary
- American Immigration Lawyers Association
- 

**BAR ADMISSIONS**

- State of Minnesota
- State of Virginia
- 

**EDUCATION**

J.D., University of North Dakota School of Law in Grand Forks
Texas A&M University



# Justin Alvarez-Herman, Associate

Justin Alvarez-Herman is an Associate in Hecht Partner's Class Action Practice Group, resident in the New York Office. Since joining HP, Justin's practice has primarily focused on class action litigation with an emphasis on data privacy, cybersecurity, and consumer protection. Justin earned his bachelor's degree in political science from the State University of New York at New Paltz, and his J.D. from Brooklyn Law School, where he was awarded multiple scholarships for his academic achievements.

Prior to joining the firm, Justin worked at a boutique litigation firm where his practice encompassed class actions, consumer protection, civil rights, municipal representation, and commercial litigation. His experience includes work on several wrongful death lawsuits concerning the Fisher-Price Rock 'n Play Sleeper; a class action against one of New York State's largest counties alleging discrimination in its tax assessment process; matters involving survivors of childhood sexual assault pursuing justice under New York's Child Victims Act; and a lawsuit against a New York university alleging violations of Title IX and state law.

Justin earned his bachelor's degree in political science from the State University of New York at New Paltz and his J.D. from Brooklyn Law School, where he was awarded multiple scholarships in recognition of his academic achievements.

Outside of his legal practice, Justin's interests include political theory, astronomy, and sports.

**PRACTICE AREAS**
•       Class Action Litigation

**BAR ADMISSIONS**
- State of New York
- U.S. District Court Southern District of New York.

**EDUCATION**
J.D., Brooklyn Law School
B.S. State University of New York at New Paltz



# Tiffany Wong, Associate

Tiffany Wong is an Associate in HP's Class Action Practice Group and is based in HP's New York office.

Tiffany's practice is primarily focused on consumer protection and data privacy litigation across a wide variety of industries. She is a graduate of Brooklyn Law School, where she was awarded scholarships for her academic achievements, multiple CALI Excellence for the Future Awards, and the Robert A. Morse Memorial Prize.

Prior to joining the firm, Tiffany was an associate at an intellectual property litigation firm where she was focused on copyright litigation, particularly in representing small businesses and individuals against large corporations. As a daughter of immigrants, she is also passionate about both corporate and humanitarian immigration law.

**PRACTICE AREAS**
- Class Action Litigation

**BAR ADMISSIONS**
- State of New York
- U.S. District Court Southern District of New York.
- U.S. District Court Eastern District of New York.

**EDUCATION**
J.D., Brooklyn Law School
B.S. Fashion Institute of Design and Merchandising, Los Angeles, California