**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re NURTURE BABY FOOD LITIGATION**<br><br>*This document relates to:*<br><br>*ALL ACTIONS* | CASE NO: 1:21-cv-01217-MKV<br><br>**MOTION TO WITHDRAW CATHERINE A. PETERSON AS COUNSEL FOR PLAINTIFFS** |

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Joint Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York, Catherine A. Peterson of Hecht Partners LLP hereby moves to withdraw as attorney for Plaintiffs and removal from ECF notifications in the above-captioned case. After September 18, 2026, Catherine A. Peterson will no longer be associated with Hecht Partners LLP. There is no retaining or charging lien being asserted. Plaintiffs remain represented by Hecht Partners LLP, and other counsel of record. Clients and all other parties have been notified of Catherine A. Peterson's withdrawal from this action. A copy of this motion has been served upon them.

Dated: September 18, 2026

By: */s/ Catherine A. Peterson*
Catherine A. Peterson, *pro hac vice*
**HECHT PARTNERS LLP**
MN Bar No. 0505172
VA Bar No. 92022
1650 W. 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (612) 778-9595
Email Addresses: CPeterson@hechtpartners.com
e-servicecapg@hechtpartners.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2026, I electronically filed the foregoing document with the Clerk of Court and all counsel of record using CM/ECF.

Dated: September 18, 2026

By: */s/ Catherine A. Peterson*
Catherine A. Peterson, *pro hac vice*
**HECHT PARTNERS LLP**
MN Bar No. 0505172
VA Bar No. 92022
1650 W. 82nd Street, Suite 880
Bloomington, MN 55431
Telephone: (612) 778-9595
Email Addresses: CPeterson@hechtpartners.com
e-servicecapg@hechtpartners.com