**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**In re NURTURE BABY FOOD LITIGATION**

*This document relates to:*

*ALL ACTIONS*

CASE NO: 1:21-cv-01217-MKV

**MOTION TO WITHDRAW CATHERINE A. PETERSON AS COUNSEL FOR PLAINTIFFS**

The motion to withdraw Catherine A. Peterson as attorney of record in the above-referenced action is GRANTED.

IT IS HEREBY ORDERED that Catherine A. Peterson be withdrawn as counsel for Plaintiffs in the above-referenced action.

IT IS SO ORDERED.

DATED: _______________

_______________________________
HON. MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE