USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_________________
DATE FILED: 9/23/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re NURTURE BABY FOOD LITIGATION**<br><br>*This document relates to:*<br><br>*ALL ACTIONS* | CASE NO: 1:21-cv-01217-MKV<br><br>**MOTION TO WITHDRAW CATHERINE A. PETERSON AS COUNSEL FOR PLAINTIFFS** |

The motion to withdraw Catherine A. Peterson as attorney of record in the above-referenced action is GRANTED.

IT IS HEREBY ORDERED that Catherine A. Peterson be withdrawn as counsel for Plaintiffs in the above-referenced action.

IT IS SO ORDERED.

DATED: 9/23/2026

Mary Kay Vyskocil
HON. MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE