HECHTPARTNERS LLP

Lori G. Feldman
Partner
P: (646) 842-0486
E: LFeldman@hechtpartners.com

September 29, 2026

**VIA ECF**

Hon. Mary Kay Vyskocil
United States District Judge
United States Courthouse
500 Pearl St., New York, NY 10007-1312

**Re: *In re Nurture Baby Food Litigation*, Case No. 1:21-cv-01217-MKV**

Dear Judge Vyskocil:

We write on behalf of the Plaintiffs regarding the pending Motion for Preliminary Approval of Class Action Settlement (the "Motion") filed on July 1, 2026 [DE 312].

The parties respectfully request the Court's consideration of the Motion at the Court's earliest convenience. Preliminary approval will permit the parties to move forward with implementation of the proposed notice program and establish the schedule for the remaining steps in the settlement approval process, including the final approval hearing.

We recognize the demands on the Court's docket and appreciate the Court's consideration of the Motion. We write to principally to inquire whether the Court would find any information, briefing, documentation, or other submission helpful in its consideration of the proposed settlement.

We thank the Court for its time and consideration.

Respectfully submitted,

**HECHT PARTNERS LLP**

By: */s/ Lori G. Feldman*
Lori G. Feldman
125 Park Avenue, 25th Floor
New York, NY 10017
Tel.: (212) 851-6821
Fax: (888) 421-4173
E-mail: lfeldman@hechtpartners.com

**HECHT PARTNERS LLP**

By: */s/ Rebecca A. Peterson*
Rebecca A. Peterson (*pro hac vice*)
1650 West 82nd Street, Suite 880
Bloomington, MN 55431
Tel.: (612) 778-9595
Fax: (888) 421-4173
E-mail: rpeterson@hechtpartners.com