UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re NURTURE BABY FOOD LITIGATION**<br><br>This document relates to:<br>ALL ACTIONS | Master File No. 1:21-cv-01217-MKV<br><br>Hon. Mary Kay Vyskocil |

**NOTICE OF CHANGE OF FIRM AFFILIATION, ADDRESS AND E-MAIL DESIGNATION**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that Krista K. Freier, counsel of record for the Plaintiffs in the above-captioned matter, effective October 2, 2026, is no longer affiliated with Hecht Partners LLP. Attorney Krista K. Freier has joined the law firm Hagens Berman Sobol Shapiro LLP, located at 1650 W. 82nd Street, Suite 880, Bloomington, MN 55431 and is now affiliated with that firm.

**Krista K. Freier's new address, telephone and e-mail are:**

Krista K. Freier
**Hagens Berman Sobol Shapiro LLP**
1650 W. 82nd Street, Suite 880
Bloomington, MN 55431
Main Phone: (952) 246-5155
E-mail Address: krista.freier@hbsslaw.com

Dated October 15, 2026

*/s/ Krista K. Freier*
**Krista K. Freier**
Hagens Berman Sobol Shapiro LLP
MN Bar No. 0390223
1650 W. 82nd Street, Suite 880
Bloomington, MN 55431
E-mail Address: krista.freier@hbsslaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

Dated October 15, 2026

*/s/ Krista K. Freier*
**Krista K. Freier**
Hagens Berman Sobol Shapiro LLP
MN Bar No. 0390223
1650 W. 82nd Street, Suite 880
Bloomington, MN 55431
E-mail Addresses: krista.freier@hbsslaw.com